AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

SCOTT RODGERS

V.

DR. HOWARD, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11842 PBS

TO: (Name and address of Defendant)

Dr. Howard
c/o Plymouth House of Corr
26 Long Pond Rd
Plymouth, MA 02360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica D Hedges, Esq., Hrones & Garrity, Lewis Wharf-Bay 232, Boston, MA 02110, 617/227-4019

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  5/24/04

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
DATE: DECEMBER 10, 2004

NAME OF SERVER (PRINT): SEAN P. CALLIS  
TITLE: CONSTABLE

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: PLYMOUTH HOUSE OF CORRECTION, 26 LONG POND ROAD, PLYMOUTH, MA. BY LEAVING TRUE AND ATTESTED COPIES WITH THOMAS HAMMOND, LEGAL ADVISOR AND AUTHORIZED AGENT.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0. | $25. | $25. |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DEC. 10, 2004  
Date

Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE, MA  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.