AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

ORIGINAL

SCOTT RODGERS

**SUMMONS IN A CIVIL ACTION**

V.

CORRECTIONS OFFICER ORCHID, et al.

CASE NUMBER: **04 11842 PBS**

TO: (Name and address of Defendant)

Corrections Officer Orchid
c/o Plymouth Cy House of Corr
26 Long Pond Rd
Plymouth, MA 02360

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica D Hedges, Esq., Hrones & Garrity, Lewis Wharf-Bay-232, Boston, MA 02110, 617/227-4019

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE  8/24/04

(By) DEPUTY CLERK