UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT RODGERS,<br>    Plaintiff<br><br>v.<br><br>CORRECTION OFFICER ORCHID,<br>UNKNOWN CORRECTION OFFICER JOHN<br>DOE, JOE WHITMORE, DR. HOWARD, JOHN<br>SMITH, PLYMOUTH COUNTY<br>    Defendants | C.A. No. 04-CV-11842-PBS |

**NOTICE OF APPEARANCE**

To The Clerk of the above-named Court:

Kindly enter the writer's appearance for the Defendant, Plymouth County, in the above-captioned matter.

Defendant,<br>
Plymouth County,<br>
By its attorney,

Dated: January 10, 2005

*[signature: Mark C. Gildea]*

Mark C. Gildea, Esq.   BBO# 551127
Clark, Balboni & Gildea, LLP
126 Belmont Street
Brockton, MA  02301
Tel. 508.586.1411