UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS,<br>    Plaintiffs<br><br>v.<br><br>Corrections Officer ORCHID, JOE<br>WHITMORE, Dr. HOWARD, JOHN<br>SMITH, and PLYMOUTH COUNTY,<br>    Defendants, | )<br>)<br>)<br>)  **COUNSEL CERTIFICATION**<br>)  **PURSUANT TO LOCAL RULE**<br>)  **16.1(D)(3)**<br>)<br>)<br>)<br>)<br>) |

In accordance with Local Rule 16.1(d)(3), the undersigned counsel as an authorized representative of Plaintiff Scott Rodgers, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

                                                        Respectfully submitted,
                                                        The Plaintiff Scott Rodgers,
                                                        By his attorneys,

//S//Scott Rodgers                         //S//Jessica D Hedges
Scott Rodgers                                     Stephen Hrones (BBO No. 242860)
                                                        Jessica D Hedges (BBO No. 645847)
                                                        HRONES GARRITY & HEDGES LLP
                                                        Lewis Wharf-Bay 232
                                                        Boston, MA 02110-3927
                                                         T)617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 15th day of March, 2005, I served one true and correct copy of the plaintiff's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3), where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Mark C Gildea, Esq., CLARK BALBONI & GILDEA, 126 Belmont St, Brockton, MA 02301.

                                                         //S// Jessica D Hedges
                                                           Jessica D. Hedges