UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT RODGERS<br>Plaintiff<br><br>v.<br><br>CORRECTION OFFICER ORCHID,<br>UNKNOWN CORRECTION OFFICER JOHN<br>DOE, JOE WHITMORE, DR. HOWARD,<br>JOHN SMITH, PLYMOUTH COUNTY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-11842-PBS<br><br>**JOINT STATEMENT OF<br>PROPOSED PRETRIAL<br>SCHEDULE** |

Now comes the Plaintiff Scott Rogers in the above-captioned case and submits his Statement of Proposed Pretrial Schedule in accordance with this Court's Notice of Scheduling Conference dated March 7, 2005, and Local Rule 16.1. The parties have conferred and have reached agreement regarding a proposed schedule.

**1. Discovery Plan**                                                                                                     **DATE**

    A.  Automatic discovery requirements under Rule 26(a)(1)(A)-(D)        05/09/05

    B.  Written discovery to be filed and answers/responses                        08/30/05
        to be filed within time provided by the rules

    C.  Completion of Depositions (except Depositions of Experts)           12/30/05

    D.  Plaintiff's Expert to be Designated                                                       3/30/06

    E.  Defendants Expert to be Designated                                                     5/30/06

    F.  Expert Depositions Completed                                                              7/30/06

**2. Proposed Schedule for Filing of Motions**

    A.  Motion to Dismiss or for Summary Judgment                                    5/31/05

    B.  Response to Motion to Dismiss or for Summary Judgment              6/30/05

    C. All remaining dispositive motions to be filed          9/30/06

    D. Responses to dispositive motions to be filed          10/30/06

3. The parties propose that a trial by jury be scheduled for:          4/01/07

    Respectfully submitted,
    The Plaintiff Scott Rodgers,
    By his attorneys,


    //S//Jessica D Hedges_____
    Stephen Hrones (BBO No. 242860)
    Jessica D Hedges (BBO No. 645847)
    HRONES GARRITY & HEDGES LLP
    Lewis Wharf-Bay 232
    Boston, MA 02110-3927
    T)617/227-4019

    The Defendants Plymouth County
    Sheriff's Department,
    By their Attorney,


    //S//Patrick C Lee
    Patrick C Lee, Gen'l Counsel (BBO No. 634980)
    Plymouth County Sheriff's Dept
    24 Long Pond Rd
    Plymouth, MA 02360
    T)508/830-6287

Dated: May 3, 2005