UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scott Rogers
Plaintiff,

        V.                                    Civil Action Number
                                              04-11842-PBS

Correction Officer Orchid, et al
Defendants.                                     May 4, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/30/05

Plaintiff's expert designation deadline: 1/30/06

Defendant's expert designation deadline: 2/28/06

Expert discovery deadline: 3/30/06

Summary Judgment Motion filing deadline: 4/30/06

Opposition to Summary Judgment Motions: 5/15/06

Hearing on Summary Judgment or Pretrial Conference: 6/7/06 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

                                                                       By the Court,

                                                                       /s/ Robert C. Alba
                                                                       Deputy Clerk