UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAY 12 P 2:57

US DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SCOTT RODGERS,<br>    Plaintiff<br><br>v.<br><br>CORRECTION OFFICER ORCHID,<br>UNKNOWN CORRECTION OFFICER JOHN<br>DOE, JOE WHITMORE, DR. HOWARD, JOHN<br>SMITH, PLYMOUTH COUNTY<br>    Defendants | COUNSEL CERTIFICATION<br>PURSUANT TO LOCAL RULE<br>16.1(D)(3)<br>C.A. No. 04-CV-11842-PBS |

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Defendant Plymouth County, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3)

Respectfully submitted,
The Defendant,
Plymouth County,
By its attorney,

_____
Plymouth County

_____
Mark C. Gildea    BBO# 551127
Clark, Balboni & Gildea, LLP
126 Belmont Street
Brockton, MA  02301
Tel. 508.586.1411

**CERTIFICATE OF SERVICE**

I, Mark C. Gildea, Esq., hereby certify that on this ___th day of April may, 2005, I served one true and correct copy of the Defendant's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3), where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: Jessica D. Hedges, Esq., Stephen Hrones, Esq., HRONES & GARRITY, Lewis Wharf-Bay 232, Boston, MA 02110-3927 and Patrick C. Lee, Esq., Plymouth County Sheriff's Department, 24 Long Pond Road, Plymouth. MA 02360

_____
Mark C. Gildea