UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 04-11842-PBS

| | |
|---|---|
| SCOTT RODGERS, | ) |
|     Plaintiff | ) |
|     v. | ) |
| | ) |
| CORRECTION OFFICER ORCHID, | ) |
| UNKNOWN CORRECTION OFFICER JOHN | ) |
| DOE, JOE WHITMORE, DR. HOWARD, | ) |
| JOHN SMITH, PLYMOUTH COUNTY | ) |
|     Defendant | ) |

**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned counsel as an authorized representative of Defendants, certifies that counsel and parties have conferred with a view to establishing a budget for the cost of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

Respectfully submitted,
Defendants
By their Attorney:

/s/ Patrick C. Lee

_____
Patrick Lee, General Counsel
Plymouth County Sheriff's Department
24 Long Pond Road
Plymouth, MA  02360
(508) 830-6287
B.B.O. #634980

**CERTIFICATE OF SERVICE**

I, Patrick Lee, hereby certify that on this 4th day of May  2005, I served one true and correct copy of the Defendants' Counsel Certification Pursuant to Local Rule 16.1(D)(3), on plaintiff's attorney by first class US mail to,  Jessica Hedges, Hrones, Garrity and Hedges LLP, Lewis Warf-Bay 232, Boston MA.

/s/ Patrick C. Lee
_____
Patrick Lee