UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTION OFFICER ORCHID, )<br>UNKNOWN CORRECTION OFFICER JOHN )<br>DOE, JOE WHITMORE, DR. HOWARD, )<br>JOHN SMITH, PLYMOUTH COUNTY )<br>    Defendants. )<br>) | C.A. No. 04-11842-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael Tumposky as co-counsel for the Plaintiff in the above-entitled action.

Respectfully Submitted,

//S// Michael Tumposky
Michael Tumposky (BBO#660618)
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) (617) 227-4019

**CERTIFICATE OF SERVICE**

I hereby certify, on this the 3rd day of August, 2005, that I have caused to be served a copy of this document, where unable to do electronically, by first class mail, on all counsel of record in this matter.

//S// Michael Tumposky
Michael Tumposky