UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. #04-11842 PBS

|  |  |
|---|---|
| SCOTT RODGERS, | ) |
| Plaintiff | ) |
| v. | ) |
| CORRECTION OFFICER ORCHID, UNKNOWN CORRECTION OFFICER JOHN DOE, JOE WHITMORE, DR. HOWARD, JOHN SMITH, PLYMOUTH COUNTY, | ) |
| Defendants | ) |

NOTICE OF APPEARANCE

Please enter my appearance for Defendants in the above-entitled matter.

        Respectfully submitted,
        Defendants
        By their attorney:

        /s/ Isabel Eonas____
        Attorney Isabel Eonas
        Plymouth County Sheriff's Dept.
        24 Long Pond Road
        Plymouth, MA  02360
        508-830-6287
        BBO #639870

DATED:  August 19, 2005