UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTION OFFICER ORCHID, )<br>UNKNOWN CORRECTION OFFICER JOHN )<br>DOE, JOE WHITMORE, DR. HOWARD, )<br>JOHN SMITH, PLYMOUTH COUNTY )<br>    Defendants. )<br>) | C.A. No. 04-11842-PBS |

**PLAINTIFF'S MOTION TO CONTINUE MEDIATION**

Now comes the Plaintiff, Scott Rodgers, and hereby moves to continue the mediation scheduled for September 21, 2005, for at least six weeks. As grounds therefore, the Plaintiff states the following:

1. The Plaintiff is currently incarcerated.

2. He anticipates being released in six weeks.

3. His presence is necessary to authorize settlement.

                                                   Respectfully submitted,
                                                 The Plaintiff Scott Rodgers,
                                                 By his attorneys,

                                                 //S//Michael Tumposky
                                                 Stephen Hrones (BBO No. 242860)
                                                 Jessica D Hedges (BBO No. 645847)
                                                 Michael Tumposky (BBO No. 660618)
                                                 HRONES GARRITY & HEDGES LLP
                                                 Lewis Wharf-Bay 232
                                                 Boston, MA 02110-3927
                                                 T) 617/227-4019

**CERTIFICATE OF SERVICE**

    I, Michael Tumposky, hereby certify that on this 16th day of September, 2005, I served a true and correct copy of the foregoing document, where unable to do so electronically, via United States First-Class Mail, postage prepaid, as follows: Patrick C Lee, Gen'l Counsl, Plymouth Cy Sherffs Dept, 24 Long Pond Rd, Plymouth, MA 02360.

    //S//Michael Tumposky
    Michael Tumposky