**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>SCOTT RODGERS</u>
           Plaintiff(s)

V.

<u>CORRECTION OFFICER ORCHID ET AL</u>
           Defendant(s)

CIVIL ACTION

NO. <u>04-11842 PBS</u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE <u>SARIS</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>November 9, 2005</u> I held the following ADR proceeding:

      _____ SCREENING CONFERENCE   _____ EARLY NEUTRAL EVALUATION
      \_\_X\_\_\_ MEDIATION   _____ SUMMARY BENCH / JURY TRIAL
      _____ MINI-TRIAL   _____ SETTLEMENT CONFERENCE

     All parties were represented by counsel [except _____]

     The parties were / were not present in person or by authorized corporate officer [except

     _____].

     The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. Further Mediation may be productive after additional discovery.

[ ]    Suggested strategy to facilitate settlement:

<u>November 9, 2005</u>                /S/ JOYCE LONDON ALEXANDER
DATE                                            ADR Provider
                                                      <u>UNITED STATES MAGISTRATE JUDGE</u>

(CV04-11842 - RODGERS - ADR Report.wpd  - 4/12/2000)                        [adrrpt.]