UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11842-PBS

| | |
|---|---|
| SCOTT RODGERS,   )   |   |
|     Plaintiff   )   |   |
| v.   )   |   |
|    )   |   |
| CORRECTION OFFICER ORCUTT, )   |   |
| UNKNOWN CORRECTION   )   |   |
| OFFICER JOHN DOE, JOE   )   |   |
| WHITMORE AND JOHN SMITH,   )   |   |
|     Defendants   )   |   |
|    )   |   |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter our appearance as Counsel on behalf of Defendants JUDITH ORCUTT, JOSEPH WHITTEMORE and JOHN SMITH in the above-captioned matter. Please enter this appearance in addition to the appearances of counsel presently on file for these parties.

        The Defendants,
        JUDITH ORCUTT, JOSEPH WHITTEMORE, and
        JOHN SMITH
        By their attorneys,

        /s/ William P. Breen, Jr.
        William P. Breen, Jr., Esq. BBO # 558768
        MURPHY, HESSE, TOOMEY & LEHANE, LLP
        300 Crown Colony Drive, Suite 410
        Quincy, MA 02169
        (617) 479-5000

Dated: December 21, 2005