UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTION OFFICER ORCHID, )<br>UNKNOWN CORRECTION OFFICER JOHN )<br>DOE, JOE WHITMORE, DR. HOWARD, )<br>JOHN SMITH, PLYMOUTH COUNTY )<br>    Defendants. )<br>) | C.A. No. 04-11842-PBS |

**ASSENTED-TO MOTION TO EXTEND TIME FOR DISCOVERY**

Now comes the Plaintiff in the above-entitled matter and hereby moves this Court for an additional sixty days to complete discovery. As grounds therefore, the Plaintiff states the following:

1. Additional time is needed to take the parties' depositions and to complete discovery requests.

2. Counsel for all Defendants assent to this motion.

    Respectfully submitted,
    The Plaintiff Scott Rodgers,
    By his attorneys,

    //s// Michael Tumposky
DATED: December 23, 2005    Stephen Hrones (BBO No. 242860)
    Jessica D Hedges (BBO No. 645847)
    Michael Tumposky (BBO No. 660618)
    HRONES GARRITY & HEDGES LLP
    Lewis Wharf-Bay 232
    Boston, MA 02110-3927
    T) 617/227-4019

**CERTIFICATE OF SERVICE**

      I, Michael Tumposky, hereby certify that on this 23rd day of December, 2005, I served a true and correct copy of the foregoing where unable to do electronically on all counsel of record in this matter.

                                                    <u>//s//Michael Tumposky</u>
                                                    Michael Tumposky