UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SCOTT RODGERS,  )
        Plaintiff,  )
)
v.  )
)  CIVIL ACTION NO. 04-11842-PBS
CORRECTION OFFICER ORCUTT,  )
UNKNOWN CORRECTION OFFICER  )
JOHN DOE, JOE WHITMORE, DR.  )
HOWARD, JOHN SMITH and  )
PLYMOUTH COUNTY,  )
        Defendants.  )

---

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that legal counsel for Defendants, Judith Orcutt, Joseph Whitmore and John Smith, has changed his address as follows:

William P. Breen, Jr., Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110-2602
Telephone (617) 342-6887
Fax (617) 342-6899
E-Mail: wbreen@eckertseamans.com

Respectfully submitted,

/s/ William P. Breen, Jr.
William P. Breen, Jr., BBO #558768
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place
Boston, MA 02110
(617) 342-6800

Dated: May 31, 2006

{K0326250.1}

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2006.

/s/ William P. Breen, Jr.

{K0326250.1}