UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS,          )<br>    Plaintiff,         )<br>                         )<br>v.                       )<br>                         )<br>CORRECTION OFFICER ORCHID,   )<br>UNKNOWN CORRECTION OFFICER   )<br>JOHN DOE, JOE WHITMORE,      )<br>DOCTOR HOWARD, JOHN SMITH,   )<br>PLYMOUTH COUNTY              )<br>    Defendants.       )<br>                         ) | CASE NO. 04-11842-PBS |

**TO:**  Mark C. Gildea,
Clark. Balboni & Gildea, LLP
126 Belmont Street
Brockton, MA 02301

William Breen
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

Dr. John B. Howard
194 Main Street
Wareham, MA 02571

Please take notice that on **June 1, 2006**, at 2:00 P.M., at the law offices of Hrones, Garrity & Hedges, LLP, Lewis Wharf-Bay 232, Boston, MA 02110, the Plaintiff in the above-entitled action, by his attorney, will take the deposition upon oral examination of **Dr. John B. Howard**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

                                              Plaintiff Scott Rodgers
                                              By his attorneys

                                              _____

DATED: May 22, 2006                    Stephen Hrones (BBO No. 242860)
                                              Jessica D Hedges (BBO No. 645847)
                                              Michael Tumposky (BBO No. 660618)
                                              HRONES GARRITY & HEDGES LLP
                                              Lewis Wharf–Bay 232
                                              Boston, MA 02110-3927
                                              T)617/227-4019

## CERTIFICATE OF SERVICE

     I, Michael Tumposky, hereby certify that, on this the 22nd day of May, 2006, I have caused to be served a copy of the forgoing, by first class mail, postage prepaid, as follows: Mark C. Gildea, Clark. Balboni & Gildea, LLP, 126 Belmont Street, Brockton, MA 02301; William Breen, Eckert Seamans Cherin & Mellott, LLC, One International Place, 18th Floor, Boston, MA 02110; Dr. John B. Howard, 194 Main Street, Wareham, MA 02571.

                                                _____
                                              Michael Tumposky