UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS,              )<br>    Plaintiff,             )<br>                            )<br>v.                            )<br>                            )<br>CORRECTION OFFICER ORCHID,  )<br>UNKNOWN CORRECTION OFFICER  )<br>JOHN DOE, JOE WHITMORE,        )<br>DOCTOR HOWARD, JOHN SMITH,   )<br>PLYMOUTH COUNTY               )<br>    Defendants.           )<br>                            ) | CASE NO. 04-11842-PBS |

**TO:**    Mark C. Gildea
          Clark. Balboni & Gildea, LLP
          126 Belmont Street
          Brockton, MA 02301

          William Breen
          Eckert Seamans Cherin & Mellott, LLC
          One International Place, 18th Floor
          Boston, MA 02110

          Dr. John B. Howard
          194 Main Street
          Wareham, MA 02571

      Please take notice that on **June 22, 2006**, at 2:00 P.M., at the law offices of Hrones, Garrity & Hedges, LLP, Lewis Wharf-Bay 232, Boston, MA 02110, the Plaintiff in the above-entitled action, by his attorney, will take the deposition upon oral examination of **Dr. John B. Howard**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

      You are invited to attend and cross-examine.

                                      Plaintiff Scott Rodgers
                                      By his attorneys

DATED: June 8, 2006            Stephen Hrones (BBO No. 242860)
                                      Jessica D Hedges (BBO No. 645847)
                                      Michael Tumposky (BBO No. 660618)
                                      HRONES GARRITY & HEDGES LLP
                                      Lewis Wharf–Bay 232
                                      Boston, MA 02110-3927
                                      T)617/227-4019

## CERTIFICATE OF SERVICE

     I, Michael Tumposky, hereby certify that, on this the 8th day of June, 2006, I have caused to be served a copy of the forgoing, by first class mail, postage prepaid, as follows: Mark C. Gildea, Clark, Balboni & Gildea, LLP, 126 Belmont Street, Brockton, MA 02301; William Breen, Eckert Seamans Cherin & Mellott, LLC, One International Place, 18th Floor, Boston, MA 02110; Dr. John B. Howard, 194 Main Street, Wareham, MA 02571.

                                                Michael Tumposky