UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS )<br>    Plaintiff )<br>)<br>V. )<br>)<br>CORRECTION OFFICER ORCHID, )<br>UNKNOWN CORRECTION OFFICER )<br>JOHN DOE, JOE WHITMORE, DR. )<br>HOWARD, JOHN SMITH, PLYMOUTH )<br>COUNNTY )<br>    Defendants ) | CIVIL ACTION NO.: 04-11842-PBS |

To The Above Named Court:

    Kindly enter our appearance on behalf the defendant, Dr. Howard in the above captioned matter.

Respectfully submitted,

/s/Edward F. Mahoney
_____
Edward F. Mahoney (BBO No. 546436)
Karen Lodigiani (BBO No. 546536)
Attorneys for Defendant,
 John B. Howard, MD
MARTIN, MAGNUSON, MCCARTHY
 & KENNEY
101 Merrimac Street
Boston, Massachusetts 02114
(617) 227-3240

## **CERTIFICATE OF SERVICE**

I, Edward F. Mahoney, counsel for defendant, John B. Howard, MD hereby certify that on the 4th day of August, 2006, I served the forgoing by mailing a copy thereof, postage prepaid to:

Michael L. Tumposky, Esq.
Hrones & Garrity
Lewis Wharf-Bay 232
Boston, MA 02110-3927

Mark C. Gildea, Esq.
Clark, Balboni & Gildea
126 Belmont Street
Brockton, MA 02301

William P. Breen, Jr., Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110

/s/Edward F. Mahoney
_____
Edward F. Mahoney (BBO No. 546436)
Karen Lodigiani (BBO No. 546536)
Attorneys for Defendant,
 John B. Howard, MD
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA  02114
(617) 227-3240