AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

Scott Rogers
v.
Correction Officer Orchid

**APPEARANCE**

Case Number:   04-11842-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Orcutt
Whitmore
Smith

Date: 8-2-06

Signature: Robert M. Delahunt Jr.

Print Name: Robert M. Delahunt Jr.

Address: Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th floor

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617.342.6848

FILED
In Open Court
USDC Mass
Date 8/2/06
By ____
Deputy Clerk