# EXHIBIT A

1

 **ORIGINAL**   Volume 1
Pages 1-184
Exhibits:  See index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11842-PBS

- - - - - - - - - - - - - - - -

SCOTT RODGERS,                    :
              Plaintiff          :
        v.                       :
CORRECTION OFFICER ORCHID,  :
UNKNOWN CORRECTION OFFICER :
JOHN DOE, JOE WHITMORE,      :
DOCTOR HOWARD, JOHN SMITH, :
PLYMOUTH COUNTY,               :
              Defendants        :

- - - - - - - - - - - - - - - -

DEPOSITION OF **SCOTT RODGERS**, taken on
behalf of the Defendants, pursuant to the
applicable provisions of the Federal Rules
of Civil Procedure, before Carol A.
Fierimonte, Certified Shorthand Reporter
and Notary Public within and for the
Commonwealth of Massachusetts, (#134693),
at the Norfolk County Correctional
Facility, 20 West Street, Dedham,
Massachusetts, on Thursday, **December 29,
2005,** commencing at 10:20 a.m.

**SHEA COURT REPORTING SERVICES**
**(617) 227-3097**

1    left.  I don't know in relation to north,

2    south and east and west.  You can't tell

3    when you're in there.

4    Q.   Was there one staircase or more than one

5         staircase in the second tier?

6    A.   I think one.

7    Q.   Okay.

8    A.   I never really went upstairs so I don't

9         really know.  I know I seen one that was

10        near my cell.  I think it is just one.

11   Q.   And your memory is that your cell door was

12        two cells down from the stairs?

13   A.   I think so, yes.

14   Q.   Okay.  Now, on the night that you became

15        sick, you recall the lockdown was around

16        ten o'clock and you went to sleep soon

17        after?

18   A.   I was already in bed because I didn't feel

19        good.  I was just laying there.

20   Q.   Okay.

21   A.   And I had been talking to that Chin for a

22        little while.

23   Q.   Did Chin speak English?

24   A.   Yes.

1    Q.    Okay.

2    A.    Yes.

3    Q.    Okay.

4    A.    And one of the kids that was in there, I

5          didn't know his name, I only saw him a few

6          times, he was a real bad drunk and he was

7          still coming off the booze so he just laid

8          up in his bunk and didn't do nothing.  He

9          would make noises and stuff.  So he was

10         already up there too.

11   Q.    Okay.

12   A.    And then Jesus was always running around

13         so I didn't know where he was.

14   Q.    Now, at some point you were able to sleep

15         for a short while at least that night,

16         correct?

17   A.    Yes, yes.

18   Q.    At some point in that evening you woke up?

19   A.    Yes.  Around a little after 11.  What's

20         good about that cell is everybody in there

21         wanted the lights out as soon as we got in

22         there.  Nobody would keep the light on all

23         night.

24   Q.    What time did you wake up?

1    A.   I'm not positive.  I think it was like 11,

2         a little after 11.  I was pretty sick.

3         Woke up nauseous and puking.

4    Q.   Did you vomit in your bed or elsewhere?

5    A.   In the toilet.

6    Q.   Were your cell lights out at the time that

7         you vomited in the toilet?

8    A.   The first few times, yes.  I even -- when

9         I threw up one time, it was like I don't

10        know, two in the morning or so, Chin said

11        something to me because I didn't flush the

12        toilet.  He kept hearing the toilet.  I

13        said, "Look at this shit, what is this?"

14        So he got up and looked at it.  He goes,

15        "Man," he goes, "it look like cake."  He

16        goes, "Man, I think that is blood."  I go,

17        "Blood, it's not red."

18   Q.   So the first time that you noticed that

19        there was blood in your vomit was around

20        two o'clock when Chin got up?

21   A.   No.  Noticed something, I knew something

22        was in it but I thought it was fluid and I

23        was trying to figure how food could turn

24        up after you eat it and digest it and come

1    out and look like that.  And it was still

2    dark.  I didn't turn the light on because

3    I didn't want to wake these guys up.  I

4    was like I couldn't figure it out.  It

5    looked like coffee grounds or somebody

6    threw chocolate cake in the toilet.

7  Q.   So up until the point in time that you

8    spoke with Chin, it didn't occur to you

9    that it could be blood in your vomit,

10   correct?

11 A.   No.  I knew something was wrong but I

12   didn't know what it was.  I had no clue.

13 Q.   All right.  What I am trying to get is an

14   answer to a specific question,

15   Mr. Rodgers.  All right?

16 A.   Yes.

17 Q.   Up to the point in time around two o'clock

18   when you spoke with Chin, it hadn't

19   occurred to you that there was blood in

20   the vomit, had it?

21 A.   Did it occur to me that it was blood in

22   there before Chin, yes.  I'd say I thought

23   about it but I didn't -- not when I -- I

24   know what you're trying to ask me.  But

1    when I puked the first time, I didn't know

2    what it was.  And then as I laid there and

3    thought about it, it kept really getting

4    to me.  And then I puked again and I am

5    drinking water and I am wiping my face.  I

6    am saying maybe this is blood or

7    something.  And I am, like, nah.  And then

8    I thought cake and then I thought, nah.

9    And then I thought it has got to be blood,

10   what else could look like that?  Nothing

11   else could look like that.

12          And then I said to him, when he

13   got mad at me about flushing, it was like

14   1:30, two o'clock in the morning and he

15   looked at it and I said, "What do you

16   think it is?"  And he said, "I think it's

17   blood."

18  Q.  Well, what time, how could you see this if

19      the light was off?

20  A.  Because a little bit of light comes

21      through from the window.  They've got

22      spotlights on the walls that reflect.  It

23      comes through like a beam.  The window is

24      only like this thin so some beams come

1    through.

2  Q.  So you didn't tell anyone that worked for

3       the jail before two o'clock that you

4       vomited blood, did you?

5  A.  Yes, I did.  I didn't say blood.  I just

6       told them I was sick.  I was real sick.  I

7       said something ain't right.  I kept

8       telling the CO on.  I told him.

9  Q.  Who was that CO?

10 A.  I don't know.  I don't know who it was.

11 Q.  Was it a male or female?

12 A.  Male, male.  Pretty sure it was a male.

13 Q.  About what time was it, sir, when you

14      spoke with the CO, the male CO, that

15      evening when you told them that you were

16      vomiting and things didn't seem right?

17 A.  After the first time I threw up, I said

18      something when they came by when they were

19      checking doors.

20 Q.  Was it after eleven o'clock?

21 A.  Yes, yes, yes.

22 Q.  Was it after midnight?

23 A.  I can't tell you that.  I don't know.

24      There is no clock in our view.  Like where

1        you sit in that cell, you can't see a

2        clock.  You can estimate by what show is

3        on TV, by the sounds and when he makes his

4        rounds.  Because you know he is going to

5        make a round every hour so you say, Well,

6        now it's 12, he just made his round.  But

7        you can't really see a clock so I can't

8        tell you exactly.

9    Q.  Okay.  And you had been asleep from around

10       the time of lockdown until sometime later

11       on that night, right?

12   A.  Yes.

13   Q.  And you don't know what time it was that

14       you vomited the first time, do you?

15   A.  The first time, I think it was right after

16       11 because I knew because he had just made

17       his rounds earlier.  I was still up

18       sitting there.  Everybody else was

19       sleeping.  I had woke up sick.  I was in

20       my bed trying to hold it down.  I was

21       trying to think of what was wrong with me.

22       I was hoping it could be the flu.  The

23       nurse told me it could be coming off the

24       medications.  I was thinking all kinds of

1    things, hoping it was something that

2    wouldn't be serious.  And I remember that

3    is when I seen him come by and it was a

4    short time after he came by that I threw

5    up, you know, threw up, you know.

6            Even like the doctor told me in

7    the hospital, he's like, you know, for the

8    amount of blood you lost, he goes, you had

9    to be throwing up blood for more than

10   that.  I am, like, I'm telling you, he

11   goes, you were about a half hour from

12   being dead, you never would have made it.

13   Q.  When did you first tell a corrections

14       officer that you thought that you were

15       vomiting blood?

16   A.  I am not sure.

17   Q.  It was after you had spoke with Chin,

18       right, sometime after that?

19   A.  Yes.  I said I am not exactly sure what

20       time, but I had said I had tried to argue

21       with him because he wouldn't -- when a CO

22       came by and I tried to get his attention,

23       I tried to speak as he is walking by so he

24       would hear me through the door, you know,

97

1    because the doors are real tight.  And so

2    I explained I think I am throwing up

3    blood, I'm sick, real fast so he would

4    hear me.  He just kept ignoring me.

5    Q.    Who was that CO?

6    A.    I don't know.  I don't know.

7    Q.    And on occasions when you would try to

8          speak with the corrections officer through

9          the door, the corrections officer made no

10         response, he would just walk right by you?

11   A.    No.  There was an occasion where I talked

12         to him and he told me he couldn't do

13         nothing for me, that the nurse was busy or

14         something, to see the doctor tomorrow.

15         Should have said something earlier,

16         something like that.  You know, he just

17         kept giving me excuses because he didn't

18         want to do anything.

19   Q.    What did that corrections officer look

20         like?

21   A.    I don't know.  It was dark between doors.

22   Q.    A male corrections officer?

23   A.    I am pretty sure it was a male that time.

24   Q.    And that person spoke with you, right, so

1     you heard a male voice speaking with you

2     about that?

3  A.  Uhmm, yes.  Yes.

4  Q.  Okay.

5  A.  Yes.

6  Q.  And how long after you --

7  A.  He is the same one.  I tried again.  He

8     wouldn't listen to me.  I had the button

9     turned off.  I took a newspaper and slid

10    it down the door and I kept slapping it

11    from side to side to get his attention and

12    he wouldn't even look at me.

13  Q.  Was there one or more than one corrections

14    officer on the block during the night of

15    the 25th of August into the morning of the

16    26th of August when you were vomiting?

17  A.  They only had one, one officer in that

18    unit no matter what all the time.

19  Q.  Okay.  And when you tried to get the

20    corrections officer's attention, it was

21    after you had spoken with Chin about the

22    vomiting?

23  A.  Yes.  That was much later.

24  Q.  Okay.  So that would have been sometime

1         after two o'clock?

2    A.   I would think, yes.

3    Q.   In the morning?

4    A.   Yes, yes, with the newspaper.  But then he

5         wasn't -- he didn't -- they had switched

6         already.  That was -- no.  I done that

7         before they switched because when she was

8         on, she was the second, she was after him.

9         And I talked to her a couple of times and

10        she --

11   Q.   Who?

12   A.   I think her name is Violet or something.

13        CO Violet or something like that.  It is

14        the name of a flower, her name.  And she

15        told me to see the nurse in the morning.

16        And I said, "Listen, nobody will listen to

17        me."  I told her a couple times nobody

18        will listen to me, I am sick, I think I am

19        throwing up blood.  She told me to lay

20        down, it would be all right, don't worry

21        about it, you probably ate something.

22        Gave me some -- I don't remember what she

23        told me.  She just told me don't worry

24        about it.  Orchid, her name is Orchid, the

100

1       flower.

2    Q.   Orchid.  And at what time did Officer

3         Orchid come on duty?

4    A.   I'm not sure.

5    Q.   When did you first speak with Officer

6         Orchid?

7    A.   I don't know the exact time, but it was

8         late in the night.

9    Q.   How did you speak with Officer Orchid?

10   A.   Through the door.

11   Q.   What does Officer Orchid look like?

12   A.   Oh, she is probably my height probably,

13        got black hair.  She's kind of got kind of

14        big hips.  That is all I would know about

15        her.  I don't know.

16   Q.   Does she wear glasses?

17   A.   I don't think so.  There was only like two

18        women in there, and I saw her and I

19        remember like later on, this is like

20        months down the road I was trying to find

21        out who she was.  And they said that's the

22        girl right there, yes, that's her.

23   Q.   Would you explain that again, please?

24        What did you just say?

1    A.    I didn't know her name but I knew who she

2          was, what she looked like.  And I

3          explained it to a friend of mine that was

4          in there with me in the jail.  We had the

5          hallway job.  And I go, I'm trying to find

6          out who this CO was that worked that

7          night, and I kept explaining.  He goes,

8          It's got to be Orchid, he goes, that's the

9          only girl with the black hair.  I goes,

10         Show she what she looks like when she

11         comes by one of these days.  So this is

12         like months later when she came down the

13         hall.  He pointed her out to me.  I can

14         remember the back of her how the outline

15         looked.

16   Q.    Officer Orchid wasn't there when you were

17         putting your newspaper in the door, was

18         she?

19   A.    No, not that I know of.

20   Q.    Do you know what time it was --

21   A.    But they had the buttons turned off.  She

22         probably didn't turn the button off

23         because the guy had the button off.  Every

24         time I hit the button, there was no sound.

SHEA COURT REPORTING SERVICES    (617) 227-3097

1    Every time I got sick I would hit the

2    button and nobody would come.  Usually

3    when the buttons are on, if you turn the

4    button in the cell you hear a high pitch

5    beep to let an officer know that somebody

6    needs assistance.  And they had the

7    buttons turned off.

8    Q.    Did you see somebody turn the button off?

9    A.    Did I see them turn it off, no.  But I

10         know when he turned it off.

11   Q.    How many times did you speak with Officer

12         Orchid that evening?

13   A.    I think twice.

14   Q.    How did you get Officer Orchid's attention

15         the first time?

16   A.    She even told me she was going to call

17         down to medical for me.  She came by the

18         door when I got her attention.

19              As a matter of fact, she even

20         told me she called down to medical.  She

21         goes, "I made a call to medical, that is

22         all I can do."  She says, "I can't make

23         them see you."

24   Q.    So when she was -- the first time you saw

| | | |
|---|---|---|
| 1 | | her she was by your door? |
| 2 | A. | She was coming by.  When they go in and do |
| 3 | | counts, they come by, grab the handles, |
| 4 | | make sure the doors are locked. |
| 5 | Q. | What did you do when you saw her? |
| 6 | A. | I just asked her if I could talk to her. |
| 7 | | I said I needed medical help, I wanted to |
| 8 | | talk to her.  She came up to the door and |
| 9 | | she is like, What's the matter?  And I |
| 10 | | explained to her I am sick, I am throwing |
| 11 | | up.  I told her about how I felt.  And |
| 12 | | first she told me just, you know, lay |
| 13 | | down, drink some water, you'd be able to |
| 14 | | see medical in the morning.  I said it's |
| 15 | | bad, I kept saying I need to see a doctor. |
| 16 | | She goes, "There is no doctor here," |
| 17 | | something like that, "At night," she says, |
| 18 | | "The nurse is downstairs."  And I said, |
| 19 | | "Can you call the nurse?"  And she's like |
| 20 | | yes, and she just left.  And then -- |
| 21 | Q. | Okay.  So that was what happened during |
| 22 | | your first discussion with Officer Orchid, |
| 23 | | right? |
| 24 | A. | Yes. |

1    Q.    Do you recall anything else that she said

2          to you?

3    A.    No.

4    Q.    Do you recall anything else that you said

5          to her?

6    A.    No.

7    Q.    And at that time Officer Orchid said she

8          was going to call the nurse for you?

9    A.    Yes.

10   Q.    Do you know whether she did so?

11   A.    Nothing happened for like an hour or so.

12         It was a good while.  And she came by

13         again and I asked her, you know, Did you

14         call the nurse?  She says, "I called down

15         there for you," she goes.  You know, I

16         don't know if she said they're busy or

17         something, she goes, "I can't make them

18         come up."  And I said, "I'm really sick,"

19         I said, "I feel real sick like, you know,

20         I'm going to die or something."  She says,

21         "You're not going to die," like that.

22   Q.    Okay?

23   A.    And she told me to lay down, just take it

24         easy.

1    Q.   Okay.  Do you recall anything else that

2         you said to Officer Orchid at that time?

3    A.   No.  Just --

4    Q.   Okay.

5    A.   I know I told her a few times I was really

6         sick.  I said just I think I am throwing

7         up blood.  She asked -- I think she asked

8         me how I knew it was blood.  I said

9         because the way it looks in the water.

10        And she goes, "Well, I will call medical."

11        She said she would call medical again.  I

12        think she did call them again or she said

13        she did call them again, but I don't know

14        if she did or didn't.  And nobody ever

15        came back up or nothing.

16    Q.   Okay.  So you recall telling Officer

17         Orchid specifically that you thought you

18         were throwing up blood?

19    A.   Yes.  I said I got something in my -- I

20         said I'm throwing up, and I go and it

21         looks like coffee grounds, I think it's

22         blood.

23    Q.   You're sure you told that to Officer

24         Orchid?

106

1    A.   Yes, yes.  I said I think it's blood.

2    Q.   Did you tell Officer Orchid that it looked

3         like coffee grounds?

4    A.   Yes.

5    Q.   And what did Officer Orchid say when you

6         said that to her, that you thought you

7         were throwing up --

8    A.   She said that she was calling medical.

9    Q.   Do you know if Officer Orchid did call

10        medical?

11   A.   No.

12   Q.   You don't know either way?

13   A.   No.

14   Q.   And those were the only conversations you

15        had with Officer Orchid that night?

16   A.   Yes.  Pretty much.

17   Q.   Okay.  What time did the second

18        conversation take place?

19   A.   I have no idea.  I know it was late in the

20        night.  All that stuff happened between 11

21        and like, let me see, I didn't see the

22        nurse until nine o'clock in the morning.

23        I saw Joe Whitmore.  So it was probably up

24        till seven.  I know because the last --

1      there was the first officer on that night

2      and then there was her and then the guy

3      that came on in the morning right before

4      Joe Whitmore came in, I had said something

5      to him.  He is the one that got mad at me

6      and told me to get away from the panel

7      because he "didn't want to get what the

8      fuck I had."  He didn't want to get my

9      sickness.

10  Q.  All right.  Officer Orchid had never said

11      anything like that to you, did she?

12  A.  No, no.

13  Q.  She listened to what you had to say?

14  A.  Yes.

15  Q.  And told you she would call medical,

16      right?

17  A.  Yes.

18  Q.  Did she seam concerned about what you had

19      to say when you told her about it, or at

20      least willing to listen?

21  A.  She acted like she was busy, but she

22      listened.

23  Q.  And she said she would help you?

24  A.  That she was going to call medical, yes.

108

1  Q.  Okay.  So the next morning around nine

2      o'clock, you saw, you went to the medical

3      area?

4  A.  No.  Nine o'clock, the nurse came into the

5      unit.  That was Joe Whitmore.

6  Q.  Do you know why Joe Whitmore came to the

7      unit around nine o'clock?

8  A.  To pass out meds to everybody.

9  Q.  Did you walk to where Mr. Whitmore was

10     passing out meds?

11 A.  Yes.  I waited until the line got down so

12     I could get to him.  And when the line got

13     low enough, he was right near the chair so

14     I walked, I got over to where the chair

15     was.  I sat down next to the -- the chair

16     is here, say, and here is the table right

17     about where his little booth was, where

18     his little cart was.

19          And he goes, "What's the matter?"

20     I said, "I'm really sick."  And I

21     explained to him what was going on and

22     that I am puking blood.  And he goes -- he

23     told me, No, it couldn't be.  All I got is

24     -- he said I had stomach, I mean food

1    poisoning.  And he gave me Maalox.

2         I said, you know, I said,

3    "Listen," I go, "Listen, I'm a chef by

4    trade.  I've been a chef over 20 years."

5    I said, "I know what I'm doing."  I said,

6    "This is not food poisoning, I've had food

7    poisoning."  And he goes, "It's a mixture

8    of whatever, food poisoning or something,

9    whatever you were coming off when you got

10   here," he says, "there's nothing I can do,

11   this is all I can do."  He goes, "You have

12   to wait until tomorrow to see the doctor,

13   the doctor is not here today."

14        I said, "You mean to tell me

15   there's no doctor in this building?"  He

16   says, "No, there's no doctor."  So he goes

17   here's a -- he gave me one thing of Maalox

18   and he gave me an extra thing of Maalox.

19   He says, "Just take this, go lay down,

20   just drink a lot of water and you will be

21   all right."

22        And I went back in the room and I

23   just laid there and did what I had to do.

24   Q.   Did Mr. Whitmore -- you told Mr. Whitmore

1          that you were vomiting blood?

2     A.   Yes.  I said I think it's blood.  It looks

3          like cake and coffee, I said, it looks

4          like.  And he goes, "You've got food

5          poisoning."

6     Q.   Okay.

7     A.   After I got out of the hospital, he came

8          up to my cell and apologized to me.  He

9          said, "I should have taken you to the

10         hospital," he goes, "I didn't know it was

11         that bad."

12    Q.   He told you --

13    A.   He said, "I'm sorry," he said, "I am

14         sorry, I apologize."  He goes, "I really

15         am sorry.  I didn't realize it was that

16         bad."

17              I go, "Hey, you didn't do it on

18         purpose," I go, "but you know, I almost

19         died, Man."  He goes, "I know you did."

20    Q.   He felt bad about what had happened?

21    A.   Yes.  That I didn't get attention fast

22         enough, that he should have taken me

23         seriously when he was in the unit, you

24         know, got me down to a doctor faster.

111

1    Q.    Okay.  One of the things that Mr. Whitmore

2          said to you was that he didn't know that

3          it was as serious as it turned out to be?

4    A.    Yes.

5    Q.    Did you believe him when he said that?

6    A.    By the way he said it, yes.

7    Q.    Okay.

8    A.    Yes.  I think when he said, you know, he

9          goes, "Scott, I hear stories all day long

10         from people.  They want to get medication.

11         They say this and they say that."  And he

12         goes, and he goes, you know, he goes, "I

13         just didn't, I didn't think you were that

14         bad, you know, serious."  I mean when

15         he --

16   Q.    You don't claim that he knew that you were

17         very very sick and decided, just decided

18         not to help you, do you?

19               MR. TUMPOSKY: Objection.  You can

20         answer.

21   A.    No.  I mean, like the most I think it was,

22         like, he was just -- he had a face, you

23         know, I guess they put on a facade when

24         they don't want to hear what is wrong with

1    you.  This is the problem, you know,

2    because he is dealing with so many people.

3    So when I was trying to tell him, he

4    didn't listen to me.  He didn't hear me

5    because he was in that facade of being

6    like treating like a person like an

7    inmate.

8            You know, this is what it is,

9    this is what is written for you, this is

10   what you are going to get, you know, you

11   don't get nothing else, that kind of

12   thing.  You know, because even when I

13   finally made it downstairs, the way he ran

14   out of the room when he checked my blood,

15   he was -- his face was white.  He was

16   scared to death.  He thought I was going

17   to die right there.  And he's yelling,

18   "There's no time for an ambulance," he

19   said, "Get him now, get him now, we have

20   to go now."  They had to get me to a

21   hospital.

22  Q.   So when he realized there was a very very

23       low blood pressure, in an emergency

24       situation, he acted right away?

113

1    A.    He ran out of the room.  He dropped his

2          stethoscope right there on the floor and

3          ran to a phone.  I heard him.  The door

4          wasn't even shut yet.  It was an automatic

5          door and I could hear him yelling through

6          the communications center, "Call 911, get

7          an ambulance here now."

8    Q.    Okay.  And at that point in time people

9          acted quickly to get you to the hospital?

10   A.    Yes.

11   Q.    Okay.

12   A.    Yes.

13   Q.    Can you describe for me, please, your

14         formal education beginning with high

15         school?  Did you graduate high school?

16   A.    Yes.

17   Q.    Okay.  Where did you graduate from high

18         school?

19   A.    Plantation High, Florida.

20   Q.    Okay.  Did you go on for any further

21         formal education after that?

22   A.    Well, I mean I worked under a French chef

23         in a country club to learn how to be a

24         chef.  It wasn't a school.  It was back in

174

```
 1               turned off the button.

 2     A.        Yes, sir.

 3     Q.        Now, you didn't see him turn off the

 4               button, did you?

 5     A.        It was working when I first rang it and it

 6               wasn't working the second, third or fourth

 7               time I rang it.

 8     Q.        Did you misunderstand my question?  You

 9               did not see him turn off the button, did

10               you?

11     A.        No.

12     Q.        Okay.

13     A.        I did not.

14                    MR. CLARK: I think that is all.

15                    MR. BREEN: Just a few follow-ups,

16               please.

17                    REDIRECT EXAMINATION

18     BY MR. BREEN:

19     Q.        Mr. Rodgers, did Officer Orchid threaten

20               you at all?

21     A.        No.

22     Q.        How about Mr. Whitmore, did he ever

23               threaten you?

24     A.        No.
```

175

```
 1   Q.   How about Mr. Smith, you never spoke with

 2        Mr. Smith, right?

 3   A.   No, I never spoke with Mr. Smith.

 4   Q.   He didn't threaten you, did he?

 5   A.   No.

 6   Q.   Did Officer Orchid intimidate you?

 7   A.   No.  She just --

 8   Q.   Did she coerce you into doing something

 9        you didn't want to do?

10   A.   No.

11   Q.   And what about Mr. Whitmore, did he

12        intimidate you in any way or coerce you

13        into doing something you didn't want to

14        do?

15   A.   No.

16   Q.   How about Mr. Smith, did he ever

17        intimidate you or coerce you into doing

18        something you didn't want to do?

19   A.   No.

20   Q.   Do you know of any policy, official policy

21        of Plymouth County Sheriff's Department to

22        deny medical care to people who are

23        seriously in need?  Is there any such

24        policy to your knowledge?
```