# EXHIBIT C

**JOSEPH WHITTEMORE**
June 1, 2006



Page 1

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF MASSACHUSETTS

3  C.A. NO. 04-11842-PBS

4

5  * * * * * * * * * * * * * * * * * *

6  SCOTT RODGERS,                              *

7          Plaintiff                           *

8  vs.                                         *

9  CORRECTION OFFICER ORCHID,                  *

10 UNKNOWN CORRECTION OFFICER JOHN             *

11 DOE, JOE WHITMORE, DR. HOWARD,              *

12 JOHN SMITH, PLYMOUTH COUNTY,                *

13         Defendants                          *

14 * * * * * * * * * * * * * * * * * *

15

16     DEPOSITION OF JOSEPH A. WHITTEMORE

17         HRONES, GARRITY & HEDGES

18        Lewis Wharf Bay, Suite 232

19          Boston, Massachusetts

20       June 1, 2006    11:15 a.m.

21

22

23          Maryellen Coughlin

24    Registered Professional Reporter

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**JOSEPH WHITTEMORE**
June 1, 2006

Page 47

1    Q.    When we were talking about medicine
2    log, that's synonymous with the book that you're
3    talking about right now?
4    A.    Medication log.
5    Q.    Is there -- let's put it this way,
6    is there any other document besides that book
7    that would reflect what medicine was given to
8    what inmate on what day?
9    A.    No.
10   Q.    Okay.  So that's the only one?
11   A.    Right, yes.
12   Q.    Tell me what happened around the
13   time that you called the ambulance for Scott
14   Rodgers?
15   A.    He came down to medical.  He was
16   pale.  He was cramping.  Visually he looked
17   uncomfortable.  I did a set of vital signs on
18   him, blood pressure, pulse, respirations, that
19   sort of thing, and his vital signs were
20   concerning, a low blood pressure and a high
21   pulse.  So I thought he might have a G.I. bleed
22   or an ulcer, you know, and so I sent him over to
23   the hospital.
24   Q.    How did he get into the medical

**JOSEPH WHITTEMORE**
June 1, 2006

Page 48

1  unit?
2     A.    He walked in.
3     Q.    **Who had sent him over there?**
4           MR. BREEN: Objection.
5     A.    The officer in that unit. I don't
6  know who it was. I mean, generally they don't
7  just send people down. They will call us and --
8     Q.    **What did the officer tell you?**
9           MR. BREEN: Objection.
10    A.    I can't recall. He must have said
11 something like, "Scott Rodgers is throwing up,
12 doesn't feel good, can he be seen?"
13    Q.    **Who is Officer Murray?**
14    A.    Ben Murray, he's an officer at the
15 jail.
16    Q.    **Was that the one who called you**
17 **that day?**
18    A.    I can't recall. I don't know.
19    Q.    **What did Scott Rodgers say when he**
20 **walked into the medical unit?**
21    A.    I don't remember.
22    Q.    **Could he walk?**
23    A.    Yes.
24    Q.    **Did he collapse?**

**JOSEPH WHITTEMORE**
**June 1, 2006**

Page 49

1    A.    He sat down pretty heavily on the
2  bench out there.  He was fatigued.  He was
3  uncomfortable.
4    Q.    Was he able to speak at all?
5    A.    Yeah.
6    Q.    But you don't remember what he
7  said?
8    A.    Not specifically, no.  "I don't
9  feel good," you know.
10   Q.    And he hadn't presented with these
11 symptoms that morning?
12   A.    No.
13   Q.    What did he look like in the
14 morning?
15   A.    Okay.
16   Q.    What do you mean?
17   A.    He looked okay.  He looked healthy.
18 He didn't look like he did later that day.  Later
19 that day, when he came down into medical, he
20 looked pale and sweaty and sick, uncomfortable.
21 In the morning, you know there was no -- he
22 didn't look that way.  He looked okay.
23   Q.    Who else was there in the medical
24 unit?