UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS<br>　　Plaintiff,<br><br>v.<br><br>CORRECTION OFFICER ORCHID,<br>UNKNOWN CORRECTION OFFICER JOHN<br>DOE, JOE WHITMORE, DR. HOWARD,<br>JOHN SMITH, PLYMOUTH COUNTY<br>　　Defendants. | )  C.A. No. 04-11842-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SCOTT RODGERS' MOTION FOR EXTENTION OF TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT**

Now comes the plaintiff in the above-captioned proceeding, Scott Rogers ("Plaintiff"), to respectfully request that this Honorable Court extend the time to file his Opposition to Summary Judgment, until September 20, 2006. As grounds therefore, the Plaintiff states that his attorney has a busy trial calendar and that he needs more time.

|   |   |
|---|---|
|   | Respectfully submitted,<br>The Plaintiff Scott Rodgers,<br>By his attorneys, |
|   |   |
| DATED: September 5, 2006 | //s// Michael Tumposky_____<br>Stephen Hrones (BBO No. 242860)<br>Jessica D Hedges (BBO No. 645847)<br>Michael Tumposky (BBO No. 660618)<br>HRONES GARRITY & HEDGES LLP<br>Lewis Wharf-Bay 232<br>Boston, MA 02110-3927<br>T) 617/227-4019 |

1

2

**CERTIFICATE OF SERVICE**

    I, Michael Tumposky, hereby certify that on this 5th day of September, 2006, I served a true and correct copy of the foregoing PLAINTIFF SCOTT RODGERS' MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT, where unable to do so electronically, via United States First-Class Mail, postage prepaid, as follows:  William Breen, Esq., Eckert Seamans Cherin & Mellott, LLC , One International Place, 18th Floor , Boston, MA 02110.
.

                                                                         ____//s//Michael Tumposky___
                                                                         Michael Tumposky