**EXHIBIT B**

1

Pages 1-184
Exhibits:   See index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11842-PBS

- - - - - - - - - - - - - -
SCOTT RODGERS,               :
              Plaintiff      :
         v.                  :
CORRECTION OFFICER ORCHID,   :
UNKNOWN CORRECTION OFFICER   :
JOHN DOE, JOE WHITMORE,      :
DOCTOR HOWARD, JOHN SMITH,   :
PLYMOUTH COUNTY,             :
              Defendants     :
- - - - - - - - - - - - - -

DEPOSITION OF SCOTT RODGERS, taken on
behalf of the Defendants, pursuant to the
applicable provisions of the Federal Rules
of Civil Procedure, before Carol A.
Pierimonte, Certified Shorthand Reporter
and Notary Public within and for the
Commonwealth of Massachusetts, (#134693),
at the Norfolk County Correctional
Facility, 20 West Street, Dedham,
Massachusetts, on Thursday, December 29,
2005, commencing at 10:20 a.m.

SHEA COURT REPORTING SERVICES
(617) 227-3097

---

21

1   A.   Exact date, no.

2   Q.   If I were to suggest that you have alleged

3        in a complaint that it happened on August

4        26th of 2001, would that refresh your

5        memory?

6   A.   The way I could really -- yes, maybe.  But

7        the way I could really know is the next

8        day was when I was in the hospital.  I

9        could look that up because I ended up at

10       Jordan Hospital.

11  Q.   Okay.

12            MR. CLARK: 8/21?

13            MR. BREEN: 26th.

14            MR. CLARK: Thank you.

15  Q.   On the day that you were first

16       incarcerated at the Plymouth County House

17       of Correction, was that the first time in

18       your life that you have been incarcerated

19       or no?

20  A.   No, no, no.

21  Q.   On how many occasions before your

22       incarceration at the Plymouth House of

23       Correction had you done time in jail

24       whether as a pretrial --

---

20

1   Q.   We are here today in connection with a

2        lawsuit that you brought against certain

3        correctional personnel.  Correct?

4   A.   Mm-hmm.

5   Q.   Yes?

6   A.   Yes.

7   Q.   Okay.

8   A.   I have to say yes.  I am sorry.

9   Q.   Okay.  Just for clarification.

10  A.   Yes.  Sorry.

11  Q.   Now, sir, we are here, sir, on August --

12       was there an occasion, sir, at the

13       Plymouth County Correctional Facility when

14       you sought treatment for a stomach

15       ailment?

16  A.   Well, it is not like I looked for

17       treatment.  I got sick, real sick from the

18       medication they gave me, and I was in the

19       cell and I was asking them to help me

20       because my stomach was so messed up.  And

21       they wouldn't help me.  The CO's kind of

22       like ignored me.

23  Q.   Do you know when it was that that

24       happened?

---

48

1        Oxycontin.  We're not allowed to give that

2        in here."  And I says, "What do you mean?"

3        I says, "I have a prescription for this,

4        I've been on it for a while.  I'm having

5        surgeries on my leg," and I told him

6        about the injuries.  And he says, "I can't

7        give you that, but I can give you

8        something just as good as that that will

9        work."  And he says, "I'll give you

10       Naprosyn."

11            So I says, "Will it take the pain

12       away?"  He goes, "Yes, it's a painkiller."

13       I says, "Well, then fine, if that's what

14       works, if that's all I can get, I'll take

15       what I can get rather than give me

16       nothing."

17            So he gave me that and I started

18       taking it.  The nurse was coming around

19       twice a day.  They would give it to me,

20       but they would give it to me crushed.

21       They would crush it and then make you

22       drink it, eat it in front of them, and

23       then they would check your mouth.

24            I would say like maybe three

49

```
1    weeks, a little over, almost four weeks
2    after that, I was taking it, my stomach
3    started really really bothering me and I
4    couldn't eat good.  You know, it was just
5    my stomach was upset and just was like
6    hurting.  But it was a weird, a weird
7    feeling.  So I told the nurse a couple of
8    times and she said, "It's just because
9    you're off the medication, it's the food."
10        You know, they kept giving me
11   different reasons why my stomach would be
12   bothering me and, you know, I just kept
13   complaining.  Every time they came in I
14   said, "I think it's the medication."
15        And it ended up one nurse told
16   me, she goes, "It can't be the
17   medication."  She goes, "If you don't want
18   it, sign off."  And I said, "Well," I
19   says, "What do you mean it can't be the
20   medication?"  She goes, "It can't, that
21   won't do that to you."
22        So she gave me Maalox to take.
23   She says your stomach will feel better.
24   She gave me Maalox in a little cup.  So I
```

53

```
1    I went back in.  I took some
2    fruit, I think, it's all I could put in my
3    mouth, just to get something in my mouth.
4    It was apple sauce or something like that.
5    I don't remember what it was.  And
6    anyways, I ended up back in my cell.
7        My cellmates started giving me
8    shit, "You need to see the doctor, you
9    need to see the doctor."  I said, "I
10   can't, they won't let me see him."  And
11   then the CO said, "Wait until medication
12   comes around, you'll see the nurse then,
13   you can see the nurse."
14        So then the nurse came, it was
15   like at nine o'clock or something.  I went
16   to see the nurse, told them what was going
17   on.  It was Joe Whitmore.  And he's like,
18   you know, he goes, "I can't do nothing for
19   you, the doctor's not here today, there's
20   no doctor here today."  He says, "You got
21   food poisoning is what it is."
22        I go, "Food poisoning?  I'm a
23   chef.  I've had food poisoning before and
24   it's never nothing like this."  He goes,
```

54

```
1    "It's just the medication and you got food
2    poisoning, here's more Maalox, take the
3    Maalox."
4        So he was giving me Maalox.  So
5    then I went back in the cell and laid
6    down.  I was too weak to do anything.  My
7    roommate brought me some water and stuff.
8    I don't know how much time went by.  It
9    was like about I think it was at
10   lunchtime, I said something to him again
11   and he got pissed off at me.  And the guy
12   cussed at me, the CO yelled at me and told
13   me to get, his words, excuse me, "Get the
14   fuck away from me," he goes, "I don't want
15   what you got."
16        So I just kind of got away from
17   him and then I went back in my cell.  And
18   finally, I came back out at like 12.  I
19   said, "Listen, man, I'm going to die."  I
20   was at the point where I thought I was
21   going to die.  I had been throwing up for
22   like 12 hours.  So he called down to
23   medical and they said, Yes, let him come
24   down.
```

55

```
1    I was sitting on the floor, next
2    to the floor.  And he goes, "Well, you've
3    got to get the fuck up and go because you
4    if you don't go you're going to go in the
5    hole."  So I got up and I just leaned
6    against the wall and crawled all the way
7    down to the elevator, went downstairs in
8    the elevator and the guy yelled at me in
9    the elevator to try to stand up.  I was
10   trying to sit down because I was so sick.
11        I finally made it to medical.  I
12   laid down on the floor in medical.  And
13   then Joe Whitmore, the nurse, came out and
14   he took my blood pressure.  As soon as he
15   took my blood pressure, he just dropped
16   it, took off running, called 911 because I
17   had no blood pressure.  And I bled out so
18   much blood, I had no blood pressure.  And
19   some officers came in there and they
20   stripped all my clothes off, put some
21   tear-away clothes on me, some orange
22   tear-away like has that Velcro and they
23   chained me up.  And they put me in a
24   wheelchair and took me to a van, one of
```

59

```
1    the vans they take you to the court in,
2    ones you sit up in.  And they threw me in
3    there long ways on the ground, on the
4    floor of it.  And then they just took off
5    as fast as they could to get me to the
6    hospital.
7  Q.  Okay.
8  A.  And that's pretty much it.  I got to the
9    hospital and they took me out of the van
10   like I'm a kind of like a piece of
11   luggage.  They had me held by chains,
12   carrying me, three of them, and then they
13   dropped me on the floor when I came into
14   the medical, into the emergency room right
15   by the door.  And then the doctor yelled
16   at them to get me up on a gurney and then
17   they checked me.  He checked me.
18        He just started working on me,
19   giving me blood and IV's.  They just
20   started working on me real fast, sticking
21   hoses down me to get the blood stopped and
22   get blood back in me.
23 Q.  Okay.  Who is John Smith, if you know?
24 A.  He is the Medical Director of Plymouth
```

```
1    pressure.
2  Q.  Okay.  Now, going back, though, you don't
3    know whether Mr. Smith was involved in any
4    of the events that you have described, do
5    you?
6  A.  No.  One thing that happened with him is I
7    had wrote him earlier about the
8    medication.  When I told the nurse that I
9    said something is wrong with me and they
10   were crushing my meds, I had wrote him
11   letters and he never answered me.
12 Q.  Do you have any of those letters, copies
13   of them?
14 A.  They've got them.
15 Q.  Do you have any copies of those letters?
16 A.  They won't let you copy here.  You can't
17   use a copier machine.
18 Q.  Who are the letters that you wrote about
19   the medication addressed to?
20 A.  Doctor Smith.
21 Q.  You understand that Mr. Smith is a doctor?
22 A.  That's what I was told.  That's what I was
23   led to believe.
24 Q.  Did you write letters --
```

60

```
1  A.  He was the medical director so I figured
2    he was a doctor.
3  Q.  I see.  Did you write letters about your
4    medication to anyone other than John
5    Smith?
6  A.  Just the medical, not to one set person.
7    I put letters in.  I told the nurse
8    numerous times.
9  Q.  What nurse did you tell numerous times?
10 A.  There was one lady I remember in
11   particular.  I don't know her name.  She
12   is kind of tall.  She has red hair and she
13   wears glasses.
14 Q.  Okay.
15 A.  I don't know her name off the top of my
16   head.  She is probably maybe 60 years old.
17   And she kept telling me, "If you don't
18   take it, sign off; but if you sign off, a
19   doctor can't help you," is what she kept
20   telling me.
21 Q.  Okay.  You have no evidence, Mr. Rodgers,
22   that John Smith was aware that you were
23   feeling sick on the 25th and 26th before
24   you arrived at the medical office, do you?
```

68

```
1    That is why I wrote letters to Mr. Smith
2    and I wrote letters just to medical
3    requesting to see a doctor.
4  Q.  And you didn't file a grievance for that
5    medicine, did you?
6  A.  Yes, I filed grievances.
7  Q.  Did you file grievances before you got
8    sick on the 25th?
9  A.  Yes, yes, I did.  Because nobody would
10   answer me.  I filed a grievance, I filed a
11   grievance because nobody would answer my,
12   my letters.
13 Q.  Did you file --
14 A.  They sent me back one.  I think I gave it
15   to them, the grievance, that said that,
16   that there were certain things that are
17   wrong with me and I am trying to see a
18   doctor.  And they wouldn't pay attention.
19   They wouldn't even address my problems.
20   They wouldn't do anything.
21 Q.  The grievance you filed had to do with
22   your leg injury, correct, the surgery you
23   wanted?
24 A.  No, not that time.  I filled out a bunch
```

73

1   of grievances against them.

2   Q.   Do you recall specifically, sir, filing a

3        grievance concerning the stomach

4        discomfort you were feeling before you got

5        sick on the 25th of August, 2001?

6   A.   No.  I filed a grievance before that, a

7        grievance because they wouldn't listen to

8        the letters I was sending to them about my

9        stomach.

10  Q.   Okay.

11  A.   That was my grievance.  They wouldn't

12       answer my letters.  The grievance wasn't

13       about the -- they wouldn't answer my

14       letters about the stomach.

15  Q.   Okay.

16  A.   The medication.

17  Q.   What did the letters that you wanted

18       answered say?

19  A.   That I was just feeling, you know, sick to

20       my stomach.  I wasn't feeling right.  I

21       had these weird chill feelings.  I didn't

22       feel right.  I couldn't eat right.  I was

23       always thirsty.  I just was something

24       wrong, I knew something was wrong and they

---

1   go over his head to get somebody to make

2   them see you."  They said, "That's when

3   you see Mr. Smith."  I said, "Who is Mr.

4   Smith?"  They said, "He's the medical

5   director."

6        So I wrote a letter to Mr. Smith.

7   Q.   So you had not written any letters to Mr.

8        Smith at all until somebody had told you

9        who he was, right after you had filed your

10       grievance?

11  A.   I didn't write him.  Just to the medical

12       department.

13  Q.   When you would write him it would be

14       addressed to who, medical department?

15  A.   I would put medical request.  That is all

16       I would put on it.  I would put from Scott

17       Rodgers, the date.

18  Q.   What would you do with those letters?

19  A.   Give them to the nurse.  She said they

20       would bring them down.

21  Q.   To what nurse did you give those letters?

22  A.   A few of them.  I don't know exactly which

23       ones.  I know I gave one to Joe Whitmore.

24       I gave one to Linda.  I even gave a couple

---

74

1   to the lady, the red haired lady because

2   she got mad when I would give them to her.

3   Q.   All right.  To which nurse did you give

4        the grievance you have described?

5   A.   Oh, I don't remember.

6   Q.   Do you know if it was a male or female

7        nurse?

8   A.   It was a female, I'm pretty sure.

9   Q.   What did she look like?

10  A.   I don't remember.  I know it was kind of a

11       touchy time because the CO's were getting

12       mad at me for doing it.  You know, even

13       like they were like you shouldn't do it,

14       you know, there are other ways to do it.

15       And I said, "I've done it the other ways,

16       I've tried to write and get on sick call."

17       They said, "You know this is going to

18       alienate you from medical," like kind of

19       because they get mad when you do this.

20  Q.   Who was it that said that to you?

21  A.   I don't know the CO's name.

22  Q.   What did that person look like who said

23       that medical gets mad if you file a

24       grievance?

---

78

1   get a request or try to get, you know, a

2   solution to something.

3   Q.   Okay.

4   A.   But I think they were kind of upset

5        because of the fact that I went to medical

6        and medical told me what they'd do and

7        weren't going to do.  And then I'm asking

8        them about medical and they are going,

9        Hey, you know, why are you asking us,

10       medical takes care of medical or whatever.

11       It's like you're imposing on their privacy

12       or something or their time.

13  Q.   You don't really know what they are

14       feeling at the time, do you, Mr. Rodgers?

15       Is that an assumption on your part?

16  A.   No.  I can pretty much say when they're

17       not feeling too good or not too happy.

18       They're kind of miserable.

19  Q.   Do you know any of the things that were

20       making these people unhappy at the time?

21  A.   No, no.

22  Q.   Now, up to the point in time when you

23       began to feel sick and vomited on the 25th

24       of August or thereabouts, had you made any

79

103

**Page 79**

```
 1    complaints other than the fact that you
 2    felt nauseous when you took your medicine,
 3    that you felt nauseous or ill or didn't
 4    feel right as you have described?
 5  A. As far as my stomach, no.  I just kept
 6    telling them, I said something wasn't
 7    right.  I knew something wasn't right.
 8    That's all.
 9  Q. You had not expressed any type of
10    remarkable pain up to that point in time,
11    did you?
12  A. No, no.  Just a very sick nauseous
13    feeling.
14  Q. Okay.  Did you ask --
15  A. Something that I never felt before.
16  Q. Up to the point in time that you got sick
17    on the 25th of August, had you asked
18    anyone to go to the emergency room right
19    away because of the way your stomach felt?
20  A. Prior to that day, no, no.  I asked to see
21    the doctor that night before the night
22    when it started real bad.  And I asked, I
23    said I need to see a doctor.  I need to go
24    to the hospital or something, I need to
```

**Page 103**

```
 1    her she was by your door?
 2  A. She was coming by.  When they go in and do
 3    counts, they come by, grab the handles,
 4    make sure the doors are locked.
 5  Q. What did you do when you saw her?
 6  A. I just asked her if I could talk to her.
 7    I said I needed medical help, I wanted to
 8    talk to her.  She came up to the door and
 9    she is like, What's the matter?  And I
10    explained to her I am sick, I am throwing
11    up.  I told her about how I felt.  And
12    first she told me just, you know, lay
13    down, drink some water, you'd be able to
14    see medical in the morning.  I said it's
15    bad, I kept saying I need to see a doctor.
16    She goes, "There is no doctor here,"
17    something like that, "At night," she says,
18    "The nurse is downstairs."  And I said,
19    "Can you call the nurse?"  And she's like
20    yes, and she just left.  And then --
21  Q. Okay.  So that was what happened during
22    your first discussion with Officer Orchid,
23    right?
24  A. Yes.
```

**Page 104**

```
 1  Q. Do you recall anything else that she said
 2    to you?
 3  A. No.
 4  Q. Do you recall anything else that you said
 5    to her?
 6  A. No.
 7  Q. And at that time Officer Orchid said she
 8    was going to call the nurse for you?
 9  A. Yes.
10  Q. Do you know whether she did so?
11  A. Nothing happened for like an hour or so.
12    It was a good while.  And she came by
13    again and I asked her, you know, Did you
14    call the nurse?  She says, "I called down
15    there for you," she goes.  You know, I
16    don't know if she said they're busy or
17    something, she goes, "I can't make them
18    come up."  And I said, "I'm really sick,"
19    I said, "I feel real sick like, you know,
20    I'm going to die or something."  She says,
21    "You're not going to die," like that.
22  Q. Okay?
23  A. And she told me to lay down, just take it
24    easy.
```

**Page 105**

```
 1  Q. Okay.  Do you recall anything else that
 2    you said to Officer Orchid at that time?
 3  A. No.  Just --
 4  Q. Okay.
 5  A. I know I told her a few times I was really
 6    sick.  I said just I think I am throwing
 7    up blood.  She asked -- I think she asked
 8    me how I knew it was blood.  I said
 9    because the way it looks in the water.
10    And she goes, "Well, I will call medical."
11    She said she would call medical again.  I
12    think she did call them again or she said
13    she did call them again, but I don't know
14    if she did or didn't.  And nobody ever
15    came back up or nothing.
16  Q. Okay.  So you recall telling Officer
17    Orchid specifically that you thought you
18    were throwing up blood?
19  A. Yes.  I said I got something in my -- I
20    said I'm throwing up, and I go and it
21    looks like coffee grounds, I think it's
22    blood.
23  Q. You're sure you told that to Officer
24    Orchid?
```

109

```
 1   Q.   Okay.  So the next morning around nine
 2        o'clock, you saw, you went to the medical
 3        area?
 4   A.   No.  Nine o'clock, the nurse came into the
 5        unit.  That was Joe Whitmore.
 6   Q.   Do you know why Joe Whitmore came to the
 7        unit around nine o'clock?
 8   A.   To pass out meds to everybody.
 9   Q.   Did you walk to where Mr. Whitmore was
10        passing out meds?
11   A.   Yes.  I waited until the line got down so
12        I could get to him.  And when the line got
13        low enough, he was right near the chair so
14        I walked, I got over to where the chair
15        was.  I sat down next to the -- the chair
16        is here, say, and here is the table right
17        about where his little booth was, where
18        his little cart was.
19             And he goes, "What's the matter?"
20        I said, "I'm really sick."  And I
21        explained to him what was going on and
22        that I am puking blood.  And he goes -- he
23        told me, No, it couldn't be.  All I got is
24        -- he said I had stomach, I mean food
```

```
 1        poisoning.  And he gave me Maalox.
 2             I said, you know, I said,
 3        "Listen," I go, "Listen, I'm a chef by
 4        trade.  I've been a chef over 20 years."
 5        I said, "I know what I'm doing."  I said,
 6        "This is not food poisoning, I've had food
 7        poisoning."  And he goes, "It's a mixture
 8        of whatever, food poisoning or something,
 9        whatever you were coming off when you got
10        here," he says, "there's nothing I can do,
11        this is all I can do."  He goes, "You have
12        to wait until tomorrow to see the doctor,
13        the doctor is not here today."
14             I said, "You mean to tell me
15        there's no doctor in this building?"  He
16        says, "No, there's no doctor."  So he goes
17        here's a -- he gave me one thing of Maalox
18        and he gave me an extra thing of Maalox.
19        He says, "Just take this, go lay down,
20        just drink a lot of water and you will be
21        all right."
22             And I went back in the room and I
23        just laid there and did what I had to do.
24   Q.   Did Mr. Whitmore -- you told Mr. Whitmore
```

---

183

SIGNATURE PAGE/ERRATA SHEET

Re:  Rodgers vs. Orchid, et al

December 29, 2005
DEPOSITION OF SCOTT RODGERS

I, SCOTT RODGERS, do hereby
certify that I have read the foregoing
transcript of my testimony and further
certify that it is a true and accurate
record of my testimony (with the exception
of the following changes listed below):

| PAGE | LINE | CORRECTION |
|------|------|------------|
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |
| ---- | ---- | ---------------------- |

Signed under the pains and
penalties of perjury this _____ day of
_____, 2006.

_____
SCOTT RODGERS

---

184

COMMONWEALTH OF MASSACHUSETTS)
                             )  ss.
COUNTY OF SUFFOLK            )

I, Carol A. Fierimonte, a Notary
Public within and for the Commonwealth of
Massachusetts, duly commissioned,
qualified and authorized to administer
oaths and to take and certify depositions,
do hereby certify that heretofore, on the
date cited above, the witness personally
appeared before me at the above location
and testified in the above-captioned case;
that the said witness was by me duly sworn
to testify to the truth, the whole truth
and nothing but the truth; that thereupon
and while said witness was under oath, the
deposition was taken down by me in machine
shorthand at the time and place therein
named and was reduced to typewriting
thereafter.

I further certify that the said
deposition constitutes a true record of
the testimony given by the said witness.

I further certify that I am not
interested in the event of this action.

IN WITNESS WHEREOF, I have hereunto
subscribed my hand this 17th day of
January, 2006.

_____
Notary Public in and for the
Commonwealth of Massachusetts

My Commission expires
August 24, 2012