**EXHIBIT E**

JUDITH ORCUTT
June 22, 2006



```
                                                           Page 1
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3                      C.A. No. 04-11842-PBS
 4   ********************************************
 5   SCOTT RODGERS,                              *
 6           Plaintiff                           *
 7   vs.                                         *
 8   CORRECTION OFFICER ORCHID, UNKNOWN          *
 9   CORRECTION OFFICER JOHN DOE, JOE WHITMORE,  *
10   DOCTOR HOWARD, JOHN SMITH, PLYMOUTH         *
11   COUNTY,                                     *
12           Defendants                          *
13   ********************************************
14
15       DEPOSITION OF:  JUDITH ORCUTT
16          HRONES, GARRITY & HEDGES
17         Lewis Wharf Bay, Suite 232
18           Boston, Massachusetts
19         June 22, 2006   10:00 a.m.
20
21
22              GAYLE OHMAN
23       CERTIFIED SHORTHAND REPORTER
24                #1353S94
```

1  have spoken to inmates.
2      Q.    What was the substance of those
3  conversations?
4      MR. BREEN: Objection.
5      THE WITNESS: Based on my
6  experience --
7      MR. BREEN: No, no, he's asking you
8  to tell him what you remember about that
9  night.
10     THE WITNESS: Oh, that particular
11 night, no, I do not remember the substance
12 of that particular night.
13     Q.    (By Mr. Tumposky) Was there ever a
14 night that you didn't have conversations with
15 inmates on the overnight shift?
16     A.    I don't recall.
17     Q.    Did you make any calls to the
18 medical unit on that night?
19     A.    No, not that I recall.
20     Q.    Do you know an inmate named Scott
21 Rodgers, or a former inmate Scott Rodgers?
22     A.    The knowledge I have is since this
23 lawsuit came about is the knowledge that I got.
24     Q.    Prior to that you didn't know Scott

**JUDITH ORCUTT**
**June 22, 2006**

Page 38

1  I, GAYLE OHMAN, a Notary Public in and for
2  the Commonwealth of Massachusetts, do hereby
3  certify that JUDITH ORCUTT, appeared before me,
4  satisfactorily identified herself, on the 22nd
5  day of June, 2006, who was by me duly sworn to
6  testify to the truth and nothing but the truth
7  as to her knowledge touching and concerning the
8  matters in controversy in this cause; that she
9  was thereupon examined upon her oath and said
10 examination reduced to writing by me; and that
11 the statement is a true record of the testimony
12 given by the witness, to the best of my
13 knowledge and ability.
14       I further certify that I am not a relative
15 or employee of counsel/attorney for any of the
16 parties, nor a relative or employee of such
17 parties, nor am I financially interested in the
18 outcome of the action.
19       WITNESS MY HAND this 6th day of July,
20 2006.
21 *[signature: Gayle Ohman]*
22 Gayle Ohman                My Commission expires:
23 Notary Public              October 25, 2007
24

```
 1   Today's date:        July 6, 2006
 2   To:                  William P. Breen, Jr., Esq.
 3   Copied to:           Michael Tumposky, Esq.,
 4                        Tara Wegener, Esq.
 5   From:                Gayle Ohman
 6   Deposition of:       Judith Orcutt
 7   Taken:               June 22, 2006
 8   Action:              SCOTT RODGERS
 9                        Vs. OFFICER ORCHID, ET AL.
10   ======================================================
```

11   Enclosed is a copy of Ms. Orcutt's
12   deposition. Pursuant to the Rules of Civil
13   Procedure, Ms. Orcutt has thirty days to sign
14   the deposition from today's date.
15   Please have Ms. Orcutt sign the enclosed
16   signature page. If there are any errors, please
17   have her mark the page, line and error on the
18   enclosed correction sheet. She should not mark
19   the transcript itself. The certification page
20   and addendum should be forwarded to all
21   interested parties.
22   Thank you for your cooperation in this
23   matter.
24

**JUDITH ORCUTT**
**June 22, 2006**

Page 40

1        UNITED STATES DISTRICT COURT
2          DISTRICT OF MASSACHUSETTS
3              C.A. No. 04-11842-PBS
4    ********************************************
5    SCOTT RODGERS,                              *
6              Plaintiff                         *
7    vs.                                         *
8    CORRECTION OFFICER ORCHID, UNKNOWN          *
9    CORRECTION OFFICER JOHN DOE, JOE WHITMORE,  *
10   DOCTOR HOWARD, JOHN SMITH, PLYMOUTH         *
11   COUNTY,                                     *
12             Defendants                        *
13   ********************************************
14
15       I, JUDITH ORCUTT, do hereby certify, under
16   the pains and penalties of perjury, that the
17   foregoing testimony is true and accurate, to the
18   best of my knowledge and belief.
19       WITNESS MY HAND, this     day of        ,
20   2006.
21
22                        _____
23                             JUDITH ORCUTT
24

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**JUDITH ORCUTT**
**June 22, 2006**

```
                                                    Page 41

 1                    CORRECTION SHEET

 2    DEPONENT:      JUDITH ORCUTT

 3    CASE:          RODGERS VS OFFICER ORCHID, ET AL

 4    DATE TAKEN:    6/22/06

 5    *********************************************

 6    PAGE  /  LINE  /  CHANGE OR CORRECTION AND REASON

 7    *********************************************

 8    _____/_____/_____

 9    _____/_____/_____

10    _____/_____/_____

11    _____/_____/_____

12    _____/_____/_____

13    _____/_____/_____

14    _____/_____/_____

15    _____/_____/_____

16    _____/_____/_____

17    _____/_____/_____

18    _____/_____/_____

19    _____/_____/_____

20    _____/_____/_____

21    _____/_____/_____

22    _____/_____/_____

23    _____/_____/_____

24
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI