UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS )<br>    Plaintiff )<br> )<br>V. )<br> )<br>CORRECTION OFFICER ORCHID, )<br>UNKNOWN CORRECTION OFFICER )<br>JOHN DOE, JOE WHITMORE, DR. )<br>HOWARD, JOHN SMITH, PLYMOUTH )<br>COUNNTY )<br>    Defendants ) | CIVIL ACTION NO.: 04-11842-PBS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Kindly enter the appearance of Anthony R. Brighton, as counsel for the defendant, Dr. Howard, in the above-captioned matter.

    MARTIN, MAGNUSON, McCARTHY
     & KENNEY

    Respectfully submitted,

    /s/ Anthony R. Brighton
    _____
    Edward F. Mahoney (BBO No. 546436)
    Anthony R. Brighton (BBO No. 660193)
    Attorneys for Defendant,
     John B. Howard, MD
    MARTIN, MAGNUSON, MCCARTHY
     & KENNEY
    101 Merrimac Street
    Boston, Massachusetts 02114
    (617) 227-3240

## CERTIFICATE OF SERVICE

I, Anthony R. Brighton, counsel for defendant, John B. Howard, MD hereby certify that on the 15th day of September, 2006, I served the foregoing by electronically forwarding a copy thereof, to:

Michael L. Tumposky, Esq.  
Hrones & Garrity  
Lewis Wharf-Bay 232  
Boston, MA 02110-3927  

Mark C. Gildea, Esq.  
Clark, Balboni & Gildea  
126 Belmont Street  
Brockton, MA 02301  

William P. Breen, Jr., Esq.  
Eckert Seamans Cherin & Mellott, LLC  
One International Place, 18th Floor  
Boston, MA 02110  

/s/ Anthony R. Brighton  
_____  
Edward F. Mahoney (BBO No. 546436)  
Anthony R. Brighton (BBO No. 660193)  
Attorneys for Defendant,  
 John B. Howard, MD  
Martin, Magnuson, McCarthy & Kenney  
101 Merrimac Street  
Boston, MA 02114  
(617) 227-3240