1    Oxycontin.  We're not allowed to give that

2    in here."  And I says, "What do you mean?"

3    I says, "I have a prescription for this,

4    I've been on it for a while.  I'm having

5    surgeries on my leg."  And I told him

6    about the injuries.  And he says, "I can't

7    give you that, but I can give you

8    something just as good as that that will

9    work."  And he says, "I'll give you

10   Naprosyn."

11        So I says, "Will it take the pain

12   away?"  He goes, "Yes, it's a painkiller."

13   I says, "Well, then fine, if that's what

14   works, if that's all I can get, I'll take

15   what I can get rather than give me

16   nothing."

17        So he gave me that and I started

18   taking it.  The nurse was coming around

19   twice a day.  They would give it to me,

20   but they would give it to me crushed.

21   They would crush it and then make you

22   drink it, eat it in front of them, and

23   then they would check your mouth.

24        I would say like maybe three

weeks, a little over, almost four weeks
after that, I was taking it, my stomach
started really really bothering me and I
couldn't eat good.  You know, it was just
my stomach was upset and just was like
hurting.  But it was a weird, a weird
feeling.  So I told the nurse a couple of
times and she said, "It's just because
you're off the medication, it's the food."

You know, they kept giving me
different reasons why my stomach would be
bothering me and, you know, I just kept
complaining.  Every time they came in I
said, "I think it's the medication."

And it ended up one nurse told
me, she goes, "It can't be the
medication."  She goes, "If you don't want
it, sign off."  And I said, "Well," I
says, "What do you mean it can't be the
medication?"  She goes, "It can't, that
won't do that to you."

So she gave me Maalox to take.
She says your stomach will feel better.
She gave me Maalox in a little cup.  So I

60

1    A.    He was the medical director so I figured

2    he was a doctor.

3    Q.    I see.  Did you write letters about your

4    medication to anyone other than John

5    Smith?

6    A.    Just the medical, not to one set person.

7    I put letters in.  I told the nurse

8    numerous times.

9    Q.    What nurse did you tell numerous times?

10   A.    There was one lady I remember in

11   particular.  I don't know her name.  She

12   is kind of tall.  She has red hair and she

13   wears glasses.

14   Q.    Okay.

15   A.    I don't know her name off the top of my

16   head.  She is probably maybe 60 years old.

17   And she kept telling me, "If you don't

18   take it, sign off; but if you sign off, a

19   doctor can't help you," is what she kept

20   telling me.

21   Q.    Okay.  You have no evidence, Mr. Rodgers,

22   that John Smith was aware that you were

23   feeling sick on the 25th and 26th before

24   you arrived at the medical office, do you?

1   A.   Yes. He should have because I've sent so

2        many notes to medical saying that

3        medication was, you know, I didn't -- I

4        felt sick, I knew something was wrong. I

5        had sent them in, you know, and I told all

6        the -- everyone, every doctor, every nurse

7        that came through there, I told them about

8        it. I said, "What would make you feel

9        like this," because I just didn't feel

10       right.

11   Q.   You don't know the names of any of those

12       nurses, though, do you?

13   A.   No. The only one I really know is Joe

14       Whitmore.

15   Q.   Okay.

16   A.   How this was all funny too is when I was

17       in the hospital, two of the CO's that

18       brought me there, one of them is named

19       Danny Minton. And then the emergency room

20       doctor was talking to me and he asked me

21       what kind of medications are you on. And

22       I explained it to him and he says, "It's

23       the Naprosyn." And I said, "What?" He

24       said, "That's the Naprosyn that's doing

1    guess it was like four weeks later, I was

2    laying in bed and I was in a five-man

3    cell.  And I just started getting really

4    really sick, sweating, the chills and

5    nauseous.  And I started throwing up in

6    the dark.  And I kept noticing it was dark

7    what I was throwing up, because there was

8    a little bit of light in the cell, and I

9    kept drinking water because I would get

10   real thirsty.  I kept drinking water and

11   then I would throw up repeatedly.

12        So finally, I pushed the button

13   to get the CO's attention.  And he came by

14   the first time and I told him what was

15   going on, I need to see medical.  He says,

16   "Medical's not here right now.  You can do

17   it in the morning, you can see a doctor in

18   the morning."  He kept putting me off.

19        So then I laid back down and I

20   just kept getting sicker and sicker.  And

21   then, finally, I turned the light on to

22   see what I was throwing up.  It looked

23   like chocolate cake that somebody chewed

24   up into the toilet.  It was all black, but

1   A.   I'm not positive.  I think it was like 11,

2        a little after 11.  I was pretty sick.

3        Woke up nauseous and puking.

4   Q.   Did you vomit in your bed or elsewhere?

5   A.   In the toilet.

6   Q.   Were your cell lights out at the time that

7        you vomited in the toilet?

8   A.   The first few times, yes.  I even -- when

9        I threw up one time, it was like I don't

10       know, two in the morning or so, Chin said

11       something to me because I didn't flush the

12       toilet.  He kept hearing the toilet.  I

13       said, "Look at this shit, what is this?"

14       So he got up and looked at it.  He goes,

15       "Man," he goes, "it look like cake."  He

16       goes, "Man, I think that is blood."  I go,

17       "Blood, it's not red."

18  Q.   So the first time that you noticed that

19       there was blood in your vomit was around

20       two o'clock when Chin got up?

21  A.   No.  Noticed something, I knew something

22       was in it but I thought it was fluid and I

23       was trying to figure how food could turn

24       up after you eat it and digest it and come

1      after two o'clock?

2  A.   I would think, yes.

3  Q.   In the morning?

4  A.   Yes, yes, with the newspaper. But then he

5      wasn't -- he didn't -- they had switched

6      already. That was -- no. I done that

7      before they switched because when she was

8      on, she was the second, she was after him.

9      And I talked to her a couple of times and

10     she --

11  Q.   Who?

12  A.   I think her name is Violet or something.

13      CO Violet or something like that. It is

14      the name of a flower, her name. And she

15      told me to see the nurse in the morning.

16      And I said, "Listen, nobody will listen to

17      me." I told her a couple times nobody

18      will listen to me, I am sick, I think I am

19      throwing up blood. She told me to lay

20      down, it would be all right, don't worry

21      about it, you probably ate something.

22      Gave me some -- I don't remember what she

23      told me. She just told me don't worry

24      about it. Orchid, her name is Orchid, the

51

1    like particles.  I didn't know what it

2    was.  I didn't eat cake tonight or coffee

3    grounds, I'm thinking somebody put

4    something in my food because I know I

5    didn't have coffee.  It was like somebody

6    was playing a joke or something.  It just

7    didn't make sense.

8         I tried to buzz the guy again.

9    He came by and told me to shut up and stop

10   calling.  So it was just pretty forceful

11   in the way he said it so I didn't bother

12   him for a while.  And I kept getting

13   sicker, I kept drinking more water.  I

14   kept throwing up.

15        And I remember calling him again.

16   This time he had the button turned off.

17   He had the buzzer turned off so he

18   wouldn't even answer me.  And they

19   switched shifts at some time and there was

20   a lady, a lady, the lady CO came out.  And

21   I told her, and I forget what she told me.

22   She told me they couldn't help me.  They

23   gave me some story.  And I told her, I

24   said, "I feel like I'm dying, I don't feel

1  good, I don't feel good."  I kept telling

2  them.  Every time they walked by for a

3  round, I'd say something because they

4  wouldn't answer the button.  They had the

5  call buttons turned off.

6       And my roommate, he helped me get

7  up a couple of times.  I was just so sick,

8  I couldn't get up.  He was a Chinese kid.

9  He was in there for murder.  I forget his

10  name.

11       But I know I just kept throwing

12  up, getting sicker, nauseous and shaking.

13  I was weak.  I couldn't breathe.  And I

14  told the CO in the morning again, it was

15  right before breakfast, and they just

16  ignored me, walked by.  And I kept

17  throwing up.  And I was just at a point

18  where I couldn't really hold myself up too

19  much.  I was getting too weak.

20       And when they served breakfast, I

21  went out to breakfast and I made it to the

22  control desk where the CO was and I tried

23  to say something to him.  He got mad at

24  me, told me to get back.

complaints other than the fact that you

felt nauseous when you took your medicine,

that you felt nauseous or ill or didn't

feel right as you have described?

A.   As far as my stomach, no.  I just kept

telling them, I said something wasn't

right.  I knew something wasn't right.

That's all.

Q.   You had not expressed any type of

remarkable pain up to that point in time,

did you?

A.   No, no. · Just a very sick nauseous

feeling.

Q.   Okay.  Did you ask --

A.   Something that I never felt before.

Q.   Up to the point in time that you got sick

on the 25th of August, had you asked

anyone to go to the emergency room right

away because of the way your stomach felt?

A.   Prior to that day, no, no.  I asked to see

the doctor that night before the night

when it started real bad.  And I asked, I

said I need to see a doctor.  I need to go

to the hospital or something, I need to

53

I went back in.  I took some fruit, I think, it's all I could put in my mouth, just to get something in my mouth. It was apple sauce or something like that. I don't remember what it was.  And anyways, I ended up back in my cell.

My cellmates started giving me shit, "You need to see the doctor, you need to see the doctor."  I said, "I can't, they won't let me see him."  And then the CO said, "Wait until medication comes around, you'll see the nurse then, you can see the nurse."

So then the nurse came, it was like at nine o'clock or something.  I went to see the nurse, told them what was going on.  It was Joe Whitmore.  And he's like, you know, he goes, "I can't do nothing for you, the doctor's not here today, there's no doctor here today."  He says, "You got food poisoning is what it is."

I go, "Food poisoning?  I'm a chef.  I've had food poisoning before and it's never nothing like this."  He goes,

1    "It's just the medication and you got food

2    poisoning, here's more Maalox, take the

3    Maalox."

4         So he was giving me Maalox.  So

5    then I went back in the cell and laid

6    down.  I was too weak to do anything.  My

7    roommate brought me some water and stuff.

8    I don't know how much time went by.  It

9    was like about I think it was at

10   lunchtime, I said something to him again

11   and he got pissed off at me.  And the guy

12   cussed at me, the CO yelled at me and told

13   me to get, his words, excuse me, "Get the

14   fuck away from me," he goes, "I don't want

15   what you got."

16        So I just kind of got away from

17   him and then I went back in my cell.  And

18   finally, I came back out at like 12.  I

19   said, "Listen, man, I'm going to die."  I

20   was at the point where I thought I was

21   going to die.  I had been throwing up for

22   like 12 hours.  So he called down to

23   medical and they said, Yes, let him come

24   down.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

I was sitting on the floor, next to the floor. And he goes, "Well, you've got to get the fuck up and go because you if you don't go you're going to go in the hole." So I got up and I just leaned against the wall and crawled all the way down to the elevator, went downstairs in the elevator and the guy yelled at me in the elevator to try to stand up. I was trying to sit down because I was so sick.

I finally made it to medical. I laid down on the floor in medical. And then Joe Whitmore, the nurse, came out and he took my blood pressure. As soon as he took my blood pressure, he just dropped it, took off running, called 911 because I had no blood pressure. And I bled out so much blood, I had no blood pressure. And some officers came in there and they stripped all my clothes off, put some tear-away clothes on me, some orange tear-away like has that Velcro and they chained me up. And they put me in a wheelchair and took me to a van, one of



1    Q.    Okay.  All right.  And the order is still

2          in effect?

3    A.    Yes.

4                MR. BREEN: Okay.  That is all the

5          questions I have, Mr. Rodgers.  Thank you.

6                MR. TUMPOSKY: I have just one

7          question, or do you have recross?

8                MR. CLARK: I've got about another

9          hour and a half worth.  That is all.  I

10         have got to go.

11               MR. TUMPOSKY:  Just quickly

12                    CROSS EXAMINATION

13   BY MR. TUMPOSKY:

14   Q.    Were you ever told why the Naprosyn was

15         crushed?

16   A.    So they won't sell it.  They sell that.

17         Guys sell it on the block.

18   Q.    So was it communicated that it was

19         standard practice for that drug to be

20         crushed?

21   A.    Yes, yes.

22               MR. TUMPOSKY:  That's it.

23               MR. BREEN: A follow-up to that,

24         please.

## REDIRECT EXAMINATION

### BY MR. BREEN:

Q.  Who was it that told you that the Naprosyn
    was crushed for that reason?

A.  The nurses that dispense it.

Q.  Which nurse told you that?

A.  Well, two that for sure told me was the
    lady, the tall redhead lady with the
    glasses told me about it.  And I asked Joe
    Whitmore why and he answered it's
    standard, they have to do it, it was
    policy or whatever.

Q.  Okay.

A.  And then I've seen them, I've seen a few
    of them do it.  I mean it's just --

Q.  When you say you've seen a few of them do
    it, what do you mean?

A.  I've seen the one that I was telling you
    about with the big hips, the short blonde
    haired lady, the nurse that went overseas,
    I've seen her do it.  I've seen Joe
    Whitmore do it.  I've seen the red haired
    lady do it.  And the CO that works here,
    he used to be over there, he has done it.

102

Every time I got sick I would hit the
button and nobody would come.  Usually
when the buttons are on, if you turn the
button in the cell you hear a high pitch
beep to let an officer know that somebody
needs assistance.  And they had the
buttons turned off.

Q.   Did you see somebody turn the button off?

A.   Did I see them turn it off, no.  But I
know when he turned it off.

Q.   How many times did you speak with Officer
Orchid that evening?

A.   I think twice.

Q.   How did you get Officer Orchid's attention
the first time?

A.   She even told me she was going to call
down to medical for me.  She came by the
door when I got her attention.

      As a matter of fact, she even
told me she called down to medical.  She
goes, "I made a call to medical, that is
all I can do."  She says, "I can't make
them see you."

Q.   So when she was -- the first time you saw

Q.   Do you recall anything else that she said
     to you?

A.   No.

Q.   Do you recall anything else that you said
     to her?

A.   No.

Q.   And at that time Officer Orchid said she
     was going to call the nurse for you?

A.   Yes.

Q.   Do you know whether she did so?

A.   Nothing happened for like an hour or so.
     It was a good while.  And she came by
     again and I asked her, you know, Did you
     call the nurse?  She says, "I called down
     there for you," she goes.  You know, I
     don't know if she said they're busy or
     something, she goes, "I can't make them
     come up."  And I said, "I'm really sick,"
     I said, "I feel real sick like, you know,
     I'm going to die or something."  She says,
     "You're not going to die," like that.

Q.   Okay?

A.   And she told me to lay down, just take it
     easy.

105

Q.    Okay.  Do you recall anything else that you said to Officer Orchid at that time?

A.    No.  Just --

Q.    Okay.

A.    I know I told her a few times I was really sick.  I said just I think I am throwing up blood.  She asked -- I think she asked me how I knew it was blood.  I said because the way it looks in the water.  And she goes, "Well, I will call medical."  She said she would call medical again.  I think she did call them again or she said she did call them again, but I don't know if she did or didn't.  And nobody ever came back up or nothing.

Q.    Okay.  So you recall telling Officer Orchid specifically that you thought you were throwing up blood?

A.    Yes.  I said I got something in my -- I said I'm throwing up, and I go and it looks like coffee grounds, I think it's blood.

Q.    You're sure you told that to Officer Orchid?

1   A.   Yes, yes.  I said I think it's blood.

2   Q.   Did you tell Officer Orchid that it looked

3        like coffee grounds?

4   A.   Yes.

5   Q.   And what did Officer Orchid say when you

6        said that to her, that you thought you

7        were throwing up --

8   A.   She said that she was calling medical.

9   Q.   Do you know if Officer Orchid did call

10       medical?

11  A.   No.

12  Q.   You don't know either way?

13  A.   No.

14  Q.   And those were the only conversations you

15       had with Officer Orchid that night?

16  A.   Yes.  Pretty much.

17  Q.   Okay.  What time did the second

18       conversation take place?

19  A.   I have no idea.  I know it was late in the

20       night.  All that stuff happened between 11

21       and like, let me see, I didn't see the

22       nurse until nine o'clock in the morning.

23       I saw Joe Whitmore.  So it was probably up

24       till seven.  I know because the last --

Q.   Okay. So the next morning around nine
     o'clock, you saw, you went to the medical
     area?

A.   No. Nine o'clock, the nurse came into the
     unit. That was Joe Whitmore.

Q.   Do you know why Joe Whitmore came to the
     unit around nine o'clock?

A.   To pass out meds to everybody.

Q.   Did you walk to where Mr. Whitmore was
     passing out meds?

A.   Yes. I waited until the line got down so
     I could get to him. And when the line got
     low enough, he was right near the chair so
     I walked, I got over to where the chair
     was. I sat down next to the -- the chair
     is here, say, and here is the table right
     about where his little booth was, where
     his little cart was.

          And he goes, "What's the matter?"
     I said, "I'm really sick." And I
     explained to him what was going on and
     that I am puking blood. And he goes -- he
     told me, No, it couldn't be. All I got is
     -- he said I had stomach, I mean food

poisoning. And he gave me Maalox.

I said, you know, I said, "Listen," I go, "Listen, I'm a chef by trade. I've been a chef over 20 years." I said, "I know what I'm doing." I said, "This is not food poisoning, I've had food poisoning." And he goes, "It's a mixture of whatever, food poisoning or something, whatever you were coming off when you got here," he says, "there's nothing I can do, this is all I can do." He goes, "You have to wait until tomorrow to see the doctor, the doctor is not here today."

I said, "You mean to tell me there's no doctor in this building?" He says, "No, there's no doctor." So he goes here's a -- he gave me one thing of Maalox and he gave me an extra thing of Maalox. He says, "Just take this, go lay down, just drink a lot of water and you will be all right."

And I went back in the room and I just laid there and did what I had to do.

Q. Did Mr. Whitmore -- you told Mr. Whitmore

you. This is the problem, you know,

because he is dealing with so many people.

So when I was trying to tell him, he

didn't listen to me. He didn't hear me

because he was in that facade of being

like treating like a person like an

inmate.

You know, this is what it is,

this is what is written for you, this is

what you are going to get, you know, you

don't get nothing else, that kind of

thing. You know, because even when I

finally made it downstairs, the way he ran

out of the room when he checked my blood,

he was -- his face was white. He was

scared to death. He thought I was going

to die right there. And he's yelling,

"There's no time for an ambulance," he

said, "Get him now, get him now, we have

to go now." They had to get me to a

hospital.

Q.    So when he realized there was a very very

low blood pressure, in an emergency

situation, he acted right away?