Page 20

1  absorbed and metabolized correctly. It wouldn't
2  be effective, how it was intended to be.
3     Q.    What would be a possible side
4  effect of improper absorption of a medicine?
5           MR. BREEN: Objection.
6     A.    Too much of the medication all at
7  once, that would be one. I mean, there's lots,
8  depending on what medication it is.
9     Q.    How often at this time we're
10 talking about, 2001, how often did you have
11 conversations with Dr. Howard, day to day?
12    A.    Most every day.
13    Q.    Would you always discuss the
14 medicine that was going to be distributed?
15          MR. BREEN: Objection.
16    A.    No, not always.
17    Q.    What kinds of discussions did you
18 have with Dr. Howard?
19    A.    It was usually just about inmates's
20 health and treatment plans, not specifically
21 towards medication.
22    Q.    Was there any policy or procedure
23 that required you to have a specific conversation
24 with Dr. Howard on a daily basis or weekly basis?