**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SCOTT RODGERS
            Plaintiff(s)

V.

JOE WHITMORE ET AL
            Defendant(s)

CIVIL ACTION

NO. 04-CV-11842-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE       PATTI B. SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On 11/2/2006 I held the following ADR proceeding:

      _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
      \_\_X\_\_\_\_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
      _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]    Reported Settled via email on 11/14/06. Your clerk should enter a __60___ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

11/14/06                                            /S/ Joyce London Alexander
   DATE                                              ADR Provider