UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT RODGERS ) | C.A.No. 04-11842-PBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CORRECTION OFFICER ORCHID, ) | |
| UNKNOWN CORRECTION OFFICER JOHN ) | |
| DOE, JOE WHITMORE, DR. HOWARD, ) | |
| JOHN SMITH, PLYMOUTH COUNTY ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF DISMISSAL

The parties stipulate to dismissal with prejudice as to all parties except Dr. Howard and that all parties bear their own costs and fees.

The Defendant, Joseph Whitmore,
By his attorney,

_____
William P. Breen, Jr.

The Plaintiff,
By his attorney,

_____
Stephen Hrones

                                                    The Defendant,
                                                    Plymouth County,
                                                    By its attorney,

Dated: December 7, 2006

/s/ Mark C. Gildea
_____
Mark C. Gildea       BBO# 551127
Clark, Balboni & Gildea, LLP
126 Belmont Street
Brockton, MA  02301
Tel. 508.586.1411

**CERTIFICATE OF SERVICE**

      I, William P. Breen, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 18, 2006.

                                  /s/ William P. Breen, Jr.
                                  William P. Breen, Jr.