UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
SCOTT RODGERS                )   C.A. No. 04-11842-PBS
   Plaintiff,               )
                             )
v.                           )
                             )
CORRECTION OFFICER ORCHID,   )
UNKNOWN CORRECTION OFFICER JOHN )
DOE, JOE WHITMORE, DR. HOWARD, )
JOHN SMITH, PLYMOUTH COUNTY  )
   Defendants.              )
_____)

**PLAINTIFF'S RENEWED MOTION FOR MONETARY SANCTIONS**

Now comes the Plaintiff in the above-entitled matter and hereby renews his previously-filed motion for monetary sanctions against Defendant Dr. Howard. On August 2, 2006, the original motion was denied without prejudice to re-filing at the close of the case.

As grounds therefore, the Plaintiff incorporates by reference the arguments raised in his previous motion. See Docket Entry #30, filed on June 22, 2006.

                                                                                     Respectfully submitted,
                                                                                     The Plaintiff Scott Rodgers,
                                                                                     By his attorneys,

                                                                                     //s// Michael Tumposky
DATED: March 8, 2007                             Stephen Hrones (BBO No. 242860)
                                                                                    Jessica D Hedges (BBO No. 645847)
                                                                                     Michael Tumposky (BBO No. 660618)
                                                                                     Hrones, Garrity & Hedges, LLP
                                                                                     Lewis Wharf-Bay 232
                                                                                     Boston, MA 02110-3927
                                                                                    T) 617/227-4019

## CERTIFICATE OF SERVICE

  I, Michael Tumposky, hereby certify that on this 8th day of March, 2007, I served a true and correct copy of the foregoing, where unable to do electronically, on all counsel of record in this matter.

                 //s//Michael Tumposky
                 Michael Tumposky